# VERIFIED RETURN OF SERVICE

Job # DB2501054

**Client Info:**

Servico
283 Washington Ave
Albany, NY  12206

**Case Info:**

**PLAINTIFF:**
MAURICE SHNAIDER, ET AL
-versus-
**DEFENDANT:**
AL JAZEERA MEDIA NETWORK, ET AL

USDC FOR THE DISTRICT OF COLUMBIA

Court Case # **1:25-cv-00538-ABJ**

**Service Info:**

**Received by BRENNAN FOGARTY:** on March, 26th 2025 at **09:31 AM**
**Service:** I Served **Al Jazeera International USA LLC c/o Corporation Services Company**
With: **SUMMONS; COMPLAINT**
by leaving with **DENNIS RATLIFF, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 1201 HAYS ST. TALLAHASSEE, FL 32301**
On **3/26/2025** at **01:50 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **BRENNAN FOGARTY** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
**BRENNAN FOGARTY**
Lic # **230**

**ACCURATE SERVE OF DAYTONA**
1500 Beville Road, Suite 606 #233
Daytona Beach, FL 32114

Client # DB2501054
Ref # T251162




1 of 1

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

INITIALS: BF  ID # 230
DATE: 3/26/2025 TIME: 01:50 PM
MILITARY: NA
MARITAL STATUS: NA

Maurice Shnaider, et al

*Plaintiff(s)*

v.

Al Jazeera Media Network, et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00538-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Al Jazeera International (USA) LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 2/24/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*