AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MAURICE SHNAIDER, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00538-ABJ |
| AL JAZEERA MEDIA NETWORK, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Al Jazeera Media Network.

Date: 05/09/2025

/s/ Laura G. Ferguson
*Attorney's signature*

Laura G. Ferguson (D.C. Bar No. 433648)
*Printed name and bar number*

MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
*Address*

lferguson@milchev.com
*E-mail address*

(202) 626-5567
*Telephone number*

(202) 626-5801
*FAX number*