IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE SHNAIDER, et al.,

        *Plaintiffs*,

   v.

AL JAZEERA MEDIA NETWORK, et al.,

        *Defendants*.

Civil Action No. 1:25-cv-00538-ABJ

## JOINT MOTION TO ENTER BRIEFING SCHEDULE AND ENLARGE PAGE LIMITS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, the parties in the above-captioned action respectfully move the Court for an order setting a schedule and enlarging the page limitations for motion to dismiss briefing. The parties' proposed schedule and page limits are as follows:

| | |
|---|---|
| July 1, 2025 | Defendants' motion to dismiss due, accompanied by a joint memorandum of points and authorities not to exceed sixty (60) pages. |
| September 1, 2025 | Plaintiffs' joint memorandum of points and authorities in opposition to Defendants' motion to dismiss due, not to exceed sixty (60) pages. |
| October 1, 2025 | Defendants' joint reply memorandum of points and authorities in support of their motion to dismiss due, not to exceed thirty (30) pages. |

The parties have conferred and respectfully request the proposed briefing schedule for Defendants' anticipated motion to dismiss the Complaint and enlargement of page limits for the following reasons.

1.      Plaintiffs commenced this action on February 23, 2025, by filing a complaint under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, against Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") (collectively, "Defendants").  ECF No. 1.  Plaintiffs seek damages from Defendants for their injuries in the October 7, 2023, terrorist attacks in Israel or in subsequent attacks that followed.

2.      On March 26, 2025, Plaintiffs served AJI through its registered agent for service of process, Corporation Services Company, at the latter's offices in Tallahassee, Florida.  ECF No. 3.

3.      On April 14, 2025, AJI sought an extension of time to respond to the Complaint, ECF No. 6, and the Court granted the extension, giving Defendants until June 16 to respond.

4.      On April 24, 2025, Plaintiffs filed an affidavit of service as to AJMN, a Qatari corporation, via service on Corporation Service Company in Tallahassee, Florida.  ECF No. 7.  AJMN does not concede that this service was proper.

5.      Defendants' response to the Complaint currently is due on June 16.  With AJMN now having purportedly been served, the parties agree that it is in the interests of judicial economy for both AJI and AJMN to file a joint motion to dismiss.  Responding to the Complaint on behalf of both AJI and AJMN will require substantial time and resources.  The fifteen-day (15) extension of time and additional fifteen (15) pages are requested to enable AJMN to brief defenses under Federal Rules of Civil Procedure 12(b)(2) (lack of personal jurisdiction) and 12(b)(5) (insufficient service of process) as well as for both Defendants to brief 12(b)(6) defenses as to Plaintiffs' four causes of action and variety of factual theories advanced in the Complaint.  The Complaint, which raises both direct liability claims and indirect liability claims under ATA, 18 U.S.C. § 2333(a), (d), involves claims brought by twenty-three (23) Plaintiffs

asserting injuries in twenty-one (21) different events.

6.   The parties note that other courts in this District have permitted briefing of similar or greater length in cases asserting ATA claims.  *See, e.g.*, *Schmitz v. Ericsson Inc.*, No. 1:22-cv-02317 (D.D.C. 2022), ECF No. 14 (permitting 60-page motion to dismiss brief); *Cabrera v. Black & Veatch Special Projects Corp.*, No. 19-cv-3833 (D.D.C. 2019), ECF Nos. 25, 101 (permitting joint 65-page motion to dismiss brief); *Atchley* v. *Astrazeneca UK Ltd.*, No. 17-cv-02136 (D.D.C. 2017), ECF Nos. 31, 57 (permitting 75-page joint motion to dismiss and opposition briefs).

7.   In light of the above, the parties respectfully submit that good cause exists for entering the proposed briefing schedule and enlargement of page limitations, which would give all the parties the necessary time and space to brief the issues raised in the Complaint.

Dated: May 9, 2025                                              Respectfully submitted,

  /s/ Robert J. Tolchin                                           /s/ Laura G. Ferguson
Robert J. Tolchin                                                Laura G. Ferguson (D.C. Bar No. 433648)
THE BERKMAN LAW OFFICE, LLC                                      Andrew T. Wise (D.C. Bar No. 456865)
829 East 15th Street                                             MILLER & CHEVALIER CHARTERED
Box 7                                                            900 16th Street, NW
Brooklyn, NY 11230                                               Washington, D.C. 20006
718-855-3627                                                     Tel.: (202) 626-5800
rtolchin@berkmanlaw.com                                          Fax: (202) 626-5801
                                                                 lferguson@milchev.com
*Counsel for Plaintiffs*                                         awise@milchev.com

                                                                 *Counsel for Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on May 9, 2025, I caused the foregoing Joint Motion to Enter Briefing Schedule and Enlarge Page Limits to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

    /s/ Laura G. Ferguson
Laura G. Ferguson

*Counsel for Defendants Al Jazeera Media Network Al Jazeera and International (USA) LLC*