IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE SHNAIDER, et al.,

              *Plaintiffs*,

    v.

AL JAZEERA MEDIA NETWORK, et al.,

              *Defendants*.

Civil Action No. 1:25-cv-00538-ABJ

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Enter Briefing Schedule and Enlarge Page Limits, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the time for Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") ("Defendants") to respond to Plaintiffs' Complaint is hereby extended up to and including **JULY 1, 2025**. The joint memorandum of points and authorities in support of any motion to dismiss filed by Defendants shall not exceed sixth (60) pages. Plaintiffs shall file any joint opposition to Defendants' motion to dismiss by **SEPTEMBER 1, 2025**, which shall not exceed sixty (60) pages. Defendants shall file any joint reply memorandum of points and authorities in support of their motion to dismiss by **OCTOBER 1, 2025**, which shall not exceed thirty (30) pages.

    **IT IS SO ORDERED.**

Dated: _____

                                                        _____
                                                        Honorable Amy Berman Jackson
                                                       United States District Judge

**Attorneys to be notified:**

Laura G. Ferguson
Andrew T. Wise
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
Tel.: (202) 626-5800
lferguson@milchev.com
awise@milchev.com

Robert J. Tolchin
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street
Box 7
Brooklyn, NY 11230
718-855-3627
rtolchin@berkmanlaw.com