IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*, <br><br>                    *Plaintiffs*, <br>      v. <br><br> AL JAZEERA MEDIA NETWORK <br><br> and <br><br> AL JAZEERA INTERNATIONAL (USA) LLC, <br><br>                    *Defendants*. | Civil Action No. 1:25-cv-00538-ABJ |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") hereby move this Court, for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of their Motion to Dismiss the Complaint, for an order dismissing with prejudice all of Plaintiffs' claims against AJMN in this action for lack of personal jurisdiction, insufficient service of process, and failure to state a claim pursuant to Rule 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, respectively, and dismissing with prejudice all of Plaintiffs' claims against AJI for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: July 1, 2025 | Respectfully submitted,<br><br>  /s/ Laura G. Ferguson  <br>Laura G. Ferguson (D.C. Bar No. 433648)<br>Andrew T. Wise (D.C. Bar No. 456865)<br>MILLER & CHEVALIER CHARTERED<br>900 16th Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 626-5800<br>Fax: (202) 626-5801<br>lferguson@milchev.com<br>awise@milchev.com<br><br>*Counsel for Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC* |

2