IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE SHNAIDER, *et al.*,

          *Plaintiffs*,

  v.

AL JAZEERA MEDIA NETWORK

and

AL JAZEERA INTERNATIONAL (USA) LLC,

          *Defendants*.

Civil Action No. 1:25-cv-00538-ABJ

**DECLARATION OF LAURA G. FERGUSON**

I, Laura G. Ferguson, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a member of the Bar of this Court and a member of the law firm of Miller & Chevalier Chartered, counsel for the Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC, in the above-captioned action. I make this Declaration in support of Defendants' motion to dismiss to place before the Court documents and information referenced in Defendants' memorandum of points and authorities in support of that motion.

2. Attached hereto is Exhibit 1 containing the following tables:

| Table | Description of Table |
|---|---|
| 1 | Table summarizing ten (10) Plaintiffs suing only as personal representatives of estates |

| Table | Description of Table |
|---|---|
| 2 | Table summarizing four (4) Plaintiffs suing individually and as personal representatives of estates |
| 3 | Table summarizing five (5) Plaintiffs suing for physical injuries |
| 4 | Table summarizing five (5) Plaintiffs suing for own emotional injuries for October 7 attacks |
| 5 | Table summarizing eleven (11) Plaintiffs suing for post-October 7 attacks |
| 6 | Table listing twenty-three (23) Plaintiffs who have filed other ATA or terrorism-related cases against other parties and the information of those cases |

3.      The Exhibit was prepared with the assistance of persons working under my direction by compiling and summarizing in tabular format allegations contained in (i) the Complaint filed in this action on February 23, 2025, and (ii) for Table 6, the complaints filed in the other ATA or terrorism-related cases cited therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025
Washington, D.C.

                                                          /s/ Laura G. Ferguson
                                                          Laura G. Ferguson