# EXHIBIT 1

**Table 1: Plaintiffs Suing Only as Personal Representatives of Estates**

| Compl. ¶ | 10/7/2023? | Plaintiff | Decedent | Pl's Relationship to Decedent | Decedent U.S.? |
|---|---|---|---|---|---|
| 16, 166–71 | No | Hal David Lubin | Rose Ida Lubin | None alleged | Yes |
| 17, 166–71 | No | Robin Lynn Lubin | Rose Ida Lubin | None alleged | Yes |
| 18, 172–73 | No | Talia Zahava Friedman | Zachary Philip Haber | None alleged | No |
| 22, 180–83 | Yes | Dikla Mizrachi | Ben Menashe Mizrachi | None alleged | Yes |
| 29, 203–04 | No | Joshua Seth Hexter | Yakir Hexter | None alleged | Yes |
| 33, 219–22 | Yes | Dvora Batya Saadon | Hallel Shmuel Saadon | None alleged | Yes |
| 35, 226–29 | Yes | Limor Rom | Jonathan Rom | None alleged | Yes |
| 36, 226–29 | Yes | Tomer Rom | Jonathan Rom | None alleged | Yes |
| 38, 232–33 | No | Marcy Ann Tatelbaum | Yakir Shmuel Tatelbaum | Mother | Yes |
| 39, 234–39 | Yes | Juliana Farron | Itai Yehuda Bausi | None alleged | Yes |

**Table 2: Plaintiffs Suing Individually and as Personal Representatives of Estates**

| Compl. ¶ | 10/7/2023? | Plaintiff | Decedent | Pl's Relationship to Decedent | Decedent U.S.? |
|---|---|---|---|---|---|
| 25, 191–94 | Yes | Liat Oren Wachs | Igal Wachs | Wife | Yes |
| 30, 205–06 | No | Meital Gabriela Gitler | David Schwartz | Wife | No |
| 31, 207–11 | Yes | Haim Bernstein | Yehonatan Tzor | Father | No |
| 37, 230–31 | No | Yonah Chava Landau Zenilman | Ari Yehiel Weinsoff Zenilman | Wife | Yes |

**Table 3: Plaintiffs Suing for Physical Injuries**

| Compl. ¶ | 10/7/2023? | Plaintiff |
|---|---|---|
| 32, 212–18 | Yes | Ethan Kessler Halley |
| 34, 223–25 | No | Isaac Margulies |
| 20, 21, 176–79 | No | S.B., a minor, by David Bollag as father and natural guardian |
| 26, 195–98 | No | I.T.M., a minor, by Nicholas Albert Merkin, as father and natural guardian |
| 27, 28, 199–202 | No | N.E.K., a minor, by Allen Samuel Kamer, as father and natural guardian |

**Table 4: Plaintiffs Suing for Their Own Emotional Injuries for October 7 Attacks**

| Compl. ¶ | Plaintiff | Nature of Injury |
|---|---|---|
| 15, 161–65 | Maurice Shnaider | Sister killed; brother-in-law killed; niece, nephew-in-law, and their two children kidnapped. |
| 19, 174–75 | Ayelet Nehama Newman-Kelmanson | Husband injured; brother-in-law killed. |
| 23, 184–87 | Orit Nahamias | Brother killed. |
| 24, 188–90 | Yinon Sharabi | Resident of town invaded on October 7. |
| 25, 191-94 | J.W., a minor, by Liat Oren Wachs | Father killed. |

**Table 5: Plaintiffs Suing for Post-October 7 Attacks**

| Compl. ¶ | Plaintiffs | Date | Place of Attack | Alleged Perpetrator | Attack Victim Status (Soldier v. Civilian) |
|---|---|---|---|---|---|
| 166–71 | Hal David Lubin Robin Lynn Lubin | Nov. 6, 2023 | Jerusalem | "16-year-old terrorist"; "terrorist from, or supported by, a specifically designated global terrorist organization" | Rose Ida Lubin, killed while on duty with the Israel Border Police |
| 230–31 | Yonah Chava Landau Zenilman | Dec. 10, 2023 | Gaza | "terrorists from a specifically designated terrorist organization" | Ari Yehiel Weinsoff Zenilman killed while on duty with IDF. |
| 203–04 | Joshua Seth Hexter | Jan. 8, 2024 | Not alleged | "terrorists from a specifically designated terrorist organization" | Yakir Hexter killed while on duty with IDF. |
| 205–06 | Meital Gabriela Gitler | Jan. 8, 2024 | Not alleged | "terrorists from a specifically designated terrorist organization" | David Schwartz killed while on duty with IDF. |
| 195–98 | Nicholas Albert Merkin for I.T.M. | Jan. 15, 2024 | Ra'anana, Israel | "terrorists" | I.T.M. civilian waiting at bus stop. |
| 199–202 | Allen Samuel Kamer for N.E.K. | Jan. 15, 2024 | Ra'anana, Israel | "terrorists" | N.E.K. civilian waiting at bus stop. |
| 176–79 | David Bollag for S.B. | Jan. 15, 2024 | Ra'anana, Israel | "terrorists" | S.B. civilian waiting at bus stop. |
| 172–73 | Talia Zahava Friedman | Jan. 16, 2024 | Not alleged | "terrorists from a specifically designated terrorist organization" | Zachary Philip Haber killed while on duty with IDF. |
| 232–33 | Marcy Ann Tatelbaum | June 28, 2024 | Not alleged | "a terrorist sniper from a specifically designated global terrorist organization" | Yakir Tatelbaum killed while on duty with IDF. |
| 223–25 | Isaac Margulies | No Date | Gaza | "terrorists from a specifically designated terrorist organization" | Isaac Margulies injured while on duty with IDF. |

**Table 6: Other October 7 Suits by Plaintiffs**

| Plaintiff | Other October 7 Actions |
|---|---|
| Maurice Shnaider | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.). |
| Hal David Lubin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Robin Lynn Lubin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Talia Zahava Friedman | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Ayelet Nehama Newman-Kelmanson | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| David Bollag | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Dikla Mizrachi | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.,* No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Orit Nahamias | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| Yinon Sharabi | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.,* No. 1:24-cv-07136-JAV (S.D.N.Y.) |

| Plaintiff | Other October 7 Actions |
|---|---|
| Liat Oren Wachs | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Nicholas Albert Merkin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Joshua Seth Hexter | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Meital Gitler | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| Haim Bernstein | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM |
| Ethan Kessler Halley | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Dvora Batya Saadon | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).*<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Isaac Margulies | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.,* No. 1:24-cv-07136-JAV (S.D.N.Y.) |

| Plaintiff | Other October 7 Actions |
|---|---|
| Limor Rom | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Tomer Rom | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Yonah Chava Landau Zenilman | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fl.).<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Marcy Ann Tatelbaum | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Juliana Farron | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Allan Kamer | *Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |