IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE SHNAIDER, et al.,<br><br>　　　　　　　*Plaintiffs*,<br>　　v.<br><br>AL JAZEERA MEDIA NETWORK, et al.,<br><br>　　　　　　　*Defendants*. | Civil Action No. 1:25-cv-00538-ABJ |

## DECLARATION OF EITHAR ABUTAHA

Pursuant to 28 U.S.C. § 1746, I, Eithar Abutaha, declare:

1. I am Senior Legal Counsel at Al Jazeera Media Network ("AJMN"). I have held this position since November 2013.

2. I submit this declaration in support of the Defendants' motion to dismiss the complaint in *Shnaider v. Al Jazeera Media Network*, No. 1:25-cv-00538 (ABJ).

3. AJMN is a Qatari corporation headquartered and with its principal place of business in Doha, Qatar.

4. AJMN is not incorporated in any state in the United States or in the District of Columbia.

5. AJMN has not been licensed or otherwise registered to do business in Washington, D.C. at any point relevant to this litigation (January 2020 to present).

6. AJMN has not rented, owned, or otherwise maintained any office in Washington, D.C. at any point relevant to this litigation (January 2020 to present).

1

7. AJMN does not have an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process in the United States. Corporation Service Company at 1201 Hays Street, Tallahassee, Florida is not AJMN's registered agent for service of process.

8. Al Jazeera International (USA) LLC ("AJI") is an indirect subsidiary of AJMN.

9. AJI is not authorized to accept service on behalf of AJMN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2025

_____
Eithar Abutaha
Senior Legal Counsel
Al Jazeera Media Network

3002063.1