IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AL JAZEERA MEDIA NETWORK <br><br> and <br><br> AL JAZEERA INTERNATIONAL (USA) LLC, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00538-ABJ |

**[PROPOSED] ORDER GRANTING DEFENDANTS AL JAZEERA MEDIA NETWORK AND AL JAZEERA INTERNATIONAL (USA) LLC'S MOTION TO DISMISS**

Upon consideration of the Memorandum of Points and Authorities in Support of Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC's ("AJI") Motion to Dismiss, all opposition thereto, and Defendants' Reply Memorandum in further support thereof, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss be, and the same hereby is, **GRANTED**, and it is further

**ORDERED** that all of Plaintiffs' claims in the above-captioned action are dismissed with prejudice for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

2

**ORDERED** that all of Plaintiffs' claims against AJMN in the above-captioned action are dismissed with prejudice for lack of personal jurisdiction and insufficient service of process pursuant to Rule 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure.

Dated: _____                                    _____
                                                     Honorable Amy Berman Jackson
                                                     United States District Judge

**Attorneys to be notified:**

Laura G. Ferguson
Andrew T. Wise
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
Tel.: (202) 626-5800
lferguson@milchev.com
awise@milchev.com

Robert J. Tolchin
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street
Box 7
Brooklyn, NY 11230
718-855-3627
rtolchin@berkmanlaw.com