**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAURICE SHNAIDER, et al.,

                *Plaintiffs*,

       v.

AL JAZEERA MEDIA NETWORK, et al.,

                *Defendants*.

Civil Action No. 1:25-cv-00538-ABJ

**JOINT MOTION TO ENTER BRIEFING SCHEDULE**
**<u>AND ENLARGE PAGE LIMITS</u>**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, the parties in the above-captioned action respectfully move the Court for an order, appended as Exhibit A, setting a schedule and enlarging the page limitations for motion to dismiss briefing. The parties' proposed schedule and page limits are as follows:

| | |
|---|---|
| July 22, 2025 | Plaintiffs' First Amended Complaint due. |
| September 2, 2025 | Defendants' motion to dismiss the First Amended Complaint due, accompanied by a joint memorandum of points and authorities not to exceed sixty (60) pages. |
| October 14, 2025 | Plaintiffs' joint memorandum of points and authorities in opposition to Defendants' motion to dismiss due, not to exceed sixty (60) pages. |
| November 4, 2025 | Defendants' joint reply memorandum of points and authorities in support of their motion to dismiss due, not to exceed thirty (30) pages. |

The parties have conferred and respectfully request the proposed briefing schedule for Defendants' anticipated motion to dismiss the First Amended Complaint and enlargement of page limits for the following reasons.

1.  Plaintiffs commenced this action on February 23, 2025, by filing a complaint under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, against Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") (collectively, "Defendants").  ECF No. 1.

2.  On March 26, 2025, Plaintiffs served AJI through its registered agent for service of process, Corporation Services Company, at the latter's offices in Tallahassee, Florida.  ECF No. 3.

3.  On April 14, 2025, AJI sought an extension of time to respond to the Complaint, ECF No. 6, and the Court granted the extension, giving Defendants until June 16, 2025 to respond.

4.  On April 24, 2025, Plaintiffs filed an affidavit of service as to AJMN, a Qatari corporation, via service on Corporation Service Company in Tallahassee, Florida.  ECF No. 7.  AJMN does not concede that this service was proper.

5.  On May 9, 2025, the parties filed a Joint Motion to Enter Briefing Schedule and Enlarge Page Limits, ECF No. 10, which the Court granted by Minute Order of May 12, 2025.  Under that schedule, Defendants' joint motion to dismiss was due on July 1, 2025, Plaintiffs' opposition was due on September 1, 2025, and Defendants' joint reply was due on October 1, 2025.  Further, the Court agreed that the motion to dismiss and the opposition were not to exceed sixty pages, and the reply was not to exceed thirty pages.  Minute Order, May 12, 2025.

3005381.1

6.      Defendants filed their motion to dismiss on July 1, 2025.  ECF No. 11.  Defendant AJMN moved to dismiss for lack of personal jurisdiction and insufficient service of process, and both Defendants moved to dismiss for failure to state a claim.

7.      Plaintiffs intend to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

8.      The parties have conferred and have agreed to a briefing schedule that is more expedited than that approved by the Court on May 12, 2025.  The parties have agreed to the same page limits previously approved by the Court (60/60/30).  In light of the above, the parties respectfully submit that good cause exists for entering the proposed briefing schedule and enlargement of page limitations, which would give the parties the necessary time and space to brief the issues raised in the First Amended Complaint.

Dated: July 21, 2025                            Respectfully submitted,


/s/ Robert J. Tolchin                            /s/ Laura G. Ferguson
Robert Joseph Tolchin                       Laura G. Ferguson (D.C. Bar No. 433648)
THE BERKMAN LAW OFFICE, LLC      Andrew T. Wise (D.C. Bar No. 456865)
829 East 15th Street, Box 7                MILLER & CHEVALIER CHARTERED
Brooklyn, NY 11230                          900 16th Street, NW
718-855-3627                                    Washington, D.C. 20006
rtolchin@berkmanlaw.com                 Tel.: (202) 626-5800
                                                      Fax: (202) 626-5801
*Counsel for Plaintiffs*                       lferguson@milchev.com
                                                      awise@milchev.com

                                                      *Counsel for Defendants Al Jazeera Media
                                                      Network and Al Jazeera International (USA)
                                                      LLC*

3005381.1

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on July 21, 2025, I caused the foregoing Joint Motion to Enter Briefing Schedule and Enlarge Page Limits to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

_____

Robert J. Tolchin

*Counsel for Plaintiffs*

3005381.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAURICE SHNAIDER, et al.,

                        *Plaintiffs*,

            v.                                    Civil Action No. 1:25-cv-00538-ABJ

AL JAZEERA MEDIA NETWORK,
et al.,

                        *Defendants*.

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Enter Briefing Schedule and Enlarge Page

Limits, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the time for Plaintiffs to file their First Amended Complaint pursuant to

Federal Rule of Civil Procedure 15(a)(1)(B) is **JULY 22, 2025**.  Defendants Al Jazeera Media

Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") ("Defendants") shall

respond to Plaintiffs' First Amended Complaint by **SEPTEMBER 2, 2025**.  The joint

memorandum of points and authorities in support of any motion to dismiss filed by Defendants

shall not exceed sixty (60) pages.  Plaintiffs shall file any joint opposition to Defendants' motion

to dismiss by **OCTOBER 14, 2025**, which shall not exceed sixty (60) pages.  Defendants shall

file any joint reply memorandum of points and authorities in support of their motion to dismiss

by **NOVEMBER 4, 2025**, which shall not exceed thirty (30) pages.

3005381.1

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Amy Berman Jackson
United States District Judge

**Attorneys to be notified:**

Laura G. Ferguson
Andrew T. Wise
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
Tel.: (202) 626-5800
lferguson@milchev.com
awise@milchev.com

Robert Joseph Tolchin
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street
Box 7
Brooklyn, NY 11230
718-855-3627
rtolchin@berkmanlaw.com