UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
 ----------------------------------------------------------------- X

**MAURICE SHNAIDER**
247 Albany Avenue, Kingston, NY 12401;

**HAL DAVID LUBIN,** individually and as personal
representative of the **ESTATE OF ROSE IDA LUBIN**,
5018 Wyntergate Drive Dunwoody, GA 30338;

**ROBIN LYNN LUBIN,** individually and as personal
representative of the **ESTATE OF ROSE IDA LUBIN**,
5018 Wyntergate Drive Dunwoody, GA 30338;

**TALIA ZAHAVA FRIEDMAN,** individually and as
personal representative of the Estate of **ZACHARY
PHILIP HABER**,
9 Walter Aveles Street, Apt 52, Jerusalem;

**AYELET NEHAMA NEWMAN-KELMANSON,**
Mitspe Dvir St 104, Otniel, Israel;

**DAVID BOLLAG,** as the father and natural guardian of
**S.B.**, a minor,
Maccabi 42, Ra'anana, Israel;

**DIKLA MIZRACHI,** individually and as personal
representative of the **ESTATE OF BEN MENASHE
MIZRACHI**,
3970 Laurel Street V5Z3V6 Vancouver BC, Canada;

**ORIT NAHAMIAS,**
Netiv Ha'asara, Israel;

**YINON SHARABI**,
Hashomer 38, Sderot, Israel;

**LIAT OREN WACHS,** individually and as personal
representative of the **ESTATE OF IGAL WACHS**, and

Civ. No. 25-CV-538

-1-

as the mother and natural guardian of **J.W.**, a minor,
5 Gould Rd. Lexington, MA 02420;

**NICHOLAS ALBERT MERKIN**, individually and as
the father and natural guardian of **I.T.M**., a minor,
Ahad Ha'am 42D, Ra'anana, Israel;

**ALLEN SAMUEL KAMER**, individually and as the
father and natural guardian of **N.E.K**., minor,
Einstein 4, Ra'anana, Israel;

**JOSHUA SETH HEXTER** individually and as personal
representative of the **ESTATE OF YAKIR HEXTER**,
Yishi Street 3, Jerusalem, Israel;

**MEITAL GABRIELA GITLER**, individually, spouse of
**DAVID SCHWARTZ**, deceased,
Harei Gofna 212, El'azar, Israel;

**HAIM BERNSTEIN,** individually, father of
**YEHONATAN TZOR** a/k/a Yehonatan Bernstein,
deceased,
Kefar Maimom, Israel;

**ETHAN KESSLER HALLEY** a/k/a Eitan Kessler
Halley;
Hagefen 26, Karnei Shomron, Israel;

**DVORA BATYA SAADON,** individually and as
personal representative of the **ESTATE OF HALLEL
SHMUEL SAADON**,
Hamoria Street 135, Ma'ale Mihmas, Israel;

**ISAAC MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**LIMOR ROM,** individually and as personal
representative of the **ESTATE OF JONATHAN ROM**
a/k/a Yonatan Rom,
Hashaked Street 20/1, Mivaseret Tzion, Israel;

**TOMER ROM**, individually and as personal
representative of the **ESTATE OF JONATHAN ROM**
a/k/a Yonatan Rom,
Nof Harim Street 171, Har Adar, Israel;

**YONAH CHAVA LANDAU ZENILMAN,** individually
and as personal representative of the **ESTATE OF ARI
YEHIEL WEINSOFF ZENILMAN**,
25 Uruguay Street, Entrance 2, Apartment #8, Jerusalem,
Israel;

**MARCY ANN TATELBAUM,** individually and as
personal representative of the **ESTATE OF YAKIR
SHMUEL TATELBAUM,**
Mitzpeh Nevo 67/3, Maaleh Adumim, 9841052, Israel;

and

**JULIANA FARRON** a/k/a Juliana Bausi, individually
and as personal representative of the **ESTATE OF ITAI
YEHUDA BAUSI,**
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

-against-

**AL JAZEERA MEDIA NETWORK,** a foreign
company,
Qatar Television Building, Khalifa Street, Wadi al Sail,
Doha, Qatar;

and

**AL JAZEERA INTERNATIONAL (USA) LLC**, a
Delaware limited liability company,
251 Little Falls Drive, Wilmington, Delaware 19808,

Defendants.

------------------------------------------------------------------------- X

## AMENDED COMPLAINT

Plaintiffs, by their undersigned counsel, complain of Al Jazeera Media Network and Al Jazeera International (USA) LLC (collectively, "Al Jazeera" or "Defendants")[1], and allege for their complaint upon information and belief as follows:

## INTRODUCTION

1.      This is an action for damages against Al Jazeera pursuant to the Anti-Terrorism Act (ATA), 18 U.S.C. § 2333, as amended by the Justice Against Sponsors of Terrorism Act (JASTA), Pub. L. No. 114-222 (2016), for aiding, abetting, and knowingly providing support and resources to the Islamic Resistance Movement ("Hamas") and the Palestine Islamic Jihad (the "PIJ"), both of which are designated Foreign Terrorist Organizations ("FTOs").[2]

2.      This action is brought on behalf of United States citizens who were killed, severely injured, or suffered profound psychological and emotional trauma—or whose family members were killed or gravely harmed—as a result of the October 7, 2023 terrorist attacks perpetrated by Hamas and the PIJ (the "October 7 Terrorist Attacks"), as well as subsequent acts of terrorism and violence carried out by those terrorist groups in the aftermath. These acts formed part of a coordinated and continuous campaign of terrorism orchestrated by Hamas and PIJ, which began well before October 7 and has continued thereafter.

---

[1] Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") operate as part of a unified global media enterprise, with coordinated operations, shared branding, integrated editorial content, and overlapping personnel and resources. AJI functions as the U.S.-based arm of AJMN, and AJMN purposefully directs and disseminates its content to U.S. audiences through AJI and other affiliated entities. Because of their close operational alignment and seamless content flow, they are referred to collectively in this Complaint as "Al Jazeera," except where otherwise specified.

[2] https://www.state.gov/foreign-terrorist-organizations/ (last visited on September 18, 2024)

3.      The ATA, as amended by JASTA, allows victims of terrorism to bring civil lawsuits for an injury arising from an act of international terrorism committed by a Foreign Terrorist Organization ("FTO"), and liability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism." 18 U.S.C. § 2333(d)(2)

4.      "Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees." 18 U.S.C. § 2333(a)

5.      Defendants' actions—including employing and compensating journalists who are Hamas and PIJ operatives, compensating Hamas and PIJ leaders and operatives for interviews that amplified their terrorist messaging, and providing a platform for Hamas and the PIJ to promote their terrorist agenda, communicate their terrorist plans, recruit terrorist members, and incite violence—facilitated the planning and execution of the October 7 Terrorist Attacks and their aftermath, including a coordinated and continuing campaign of terrorism. These actions directly harmed the Plaintiffs.

6.      Defendants aided and abetted, by knowingly providing substantial assistance, and conspired with Hamas and the PIJ—both designated FTOs—to commit international acts of terrorism, as defined by 18 U.S.C. § 2331, in violation of 18 U.S.C. § 2333(d)(2). Further, Defendants provided material support to Hamas and the PIJ in violation of 18 U.S.C. §§ 2339A and 2339B. As a result, Defendants are civilly liable under § 2333 of the ATA to Plaintiffs, who have suffered injury to their person, property, and/or business by reason of Hamas's and the PIJ's acts of international terrorism.

7.      Plaintiffs seek damages under 18 U.S.C. § 2333 of the ATA for the Defendants' roles in conspiring with, and aiding and abetting by providing material support to, Hamas and the PIJ in their commission of acts of international terrorism as defined by 18 U.S.C. § 2331.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1367, which provide for federal question jurisdiction and supplemental jurisdiction. Jurisdiction is also proper under 18 U.S.C. §§ 2333 and 2334, which authorize civil actions brought by United States citizens, their estates, survivors, or heirs who have been injured by acts of international terrorism.

9.      This Court has personal jurisdiction over both Defendants. Defendant Al Jazeera International (USA) LLC ("AJI") is subject to general jurisdiction under D.C. Code § 13-422 because it maintains its principal place of business in Washington, D.C.[3] AJI serves as Al Jazeera's operational hub in the United States, employing personnel, producing content, and distributing programming from within this District.

10.     Defendant Al Jazeera Media Network ("AJMN") is subject to specific personal jurisdiction under D.C. Code § 13-423 and Federal Rule of Civil Procedure 4(k)(2). AJMN purposefully directs content into the United States—including the District of Columbia—through a coordinated, integrated global media enterprise that includes AJI and other affiliated entities such as Al Jazeera Plus (AJ+), a subsidiary of AJMN that operates primarily in this District. AJMN

---

[3] https://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=forl-m18000007268-f4f967d9-fd01-4908-a98a-b78de8728196&transactionId=m18000007268-3b4cb8df-f89b-46e8-a705-ab4f55d60b9a&formatType=PDF (last visited on July 11, 2025)

oversees the editorial direction and international content strategy, while AJI implements and distributes that strategy within the U.S. market.

11.    AJMN and AJI operate with overlapping personnel, branding, and technical infrastructure. The Washington, D.C. office serves as a primary hub for AJMN's U.S. operations and has included over 100 staff credentialed for Congressional press galleries.[4] Although headquartered in Doha, Qatar, and operating over 70 bureaus globally, Washington, D.C. is the only U.S. location AJMN lists on its LinkedIn page[5]—underscoring the central role this District plays in its U.S. operations. Al Jazeera English, which is controlled by AJMN, produces and broadcasts *UpFront*, a program created, filmed, and aired in Washington, D.C.[6] and *Fault Lines*, a program based in Washington, D.C.[7]—both targeted at American audiences and distributed via U.S.-based streaming platforms including Sling TV, Roku, Apple TV, and Amazon Fire TV. Defendants operate Al Jazeera English as part of AJMN which boasts on its website that it is the "first English-language news channel to broadcast from the Middle East."[8]

12.    Al Jazeera English, which is editorially controlled by AJMN and distributed in the United States by AJI, regularly features content designed for and directed at U.S. audiences. These programs were broadcast from Washington, D.C. and disseminated through channels reaching viewers within this District and throughout the United States. These programs and other D.C.-

---

[4] Report Concerning Qatar's Al Jazeera Media Network & the Foreign Agents Registration Act (July 6, 2020);  https://efile.fara.gov/docs/3492-Informational-Materials-20200708-59.pdf

[5] https://www.linkedin.com/company/aljazeera/about/ (last visited on October 28, 2024)

[6] "The Washington DC-based show features one-on-one interviews and arena discussions with international politicians, newsmakers, academics and activists." *Marc Lamont Hill to Host UpFront on Al Jazeera* (January 27, 2021); https://network.aljazeera.net/en/pressroom/marc-lamont-hill-host-upfront-al-jazeera; https://www.facebook.com/AJUpFront/about_profile_transparency (last visited on July 16, 2025)

[7] https://en.wikipedia.org/wiki/Fault_Lines_(TV_program) (last visited on November 3, 2024)

[8] https://careers.aljazeera.net (last visited on July 11, 2025)

based productions have included interviews and features involving individuals affiliated with Hamas and the PIJ, providing those organizations with a platform to disseminate their messaging and elevate their public profiles. These broadcasts were distributed across multiple channels accessible in the District of Columbia and, on information and belief, contributed to the radicalization and escalation of violent rhetoric and conduct on U.S. college campuses, including in this District.[9] This content formed part of a broader effort to promote the messaging of designated Foreign Terrorist Organizations in the lead-up to and aftermath of the October 7, 2023 Terrorist Attacks, and was part of the same coordinated and continuing campaign of terrorism.

13.    AJMN maintains and operates social media accounts for Al Jazeera English and its programming, which are specifically targeted at U.S.-based users.[10] AJMN also makes its Arabic-language channels accessible to U.S. users, including through the use of virtual private networks (VPNs).[11] From 2022 through 2025, including the period leading up to and following the October 7 Terrorist Attacks and the ongoing campaign of terrorism, Defendants AJMN and AJI allegedly embedded tracking pixels on their websites that automatically transmitted U.S.-based users' video viewing data—including titles, URLs, and other metadata related to AJMN-produced content—to Facebook's servers in the United States.[12] This data enabled Facebook to algorithmically suggest

---

[9] https://www.columbiaspectator.com/news/2024/04/05/students-faculty-host-al-jazeera-documentary-screening-and-panel-for-the-palestine-exception/; https://www.instagram.com/sjpumn/p/C5Q42iQrLOo/ (last visited on May 8, 2025); https://x.com/AJEnglish/status/1784305070885966200 (last visited on May 8, 2025)

[10] https://www.facebook.com/aljazeera/about_profile_transparency (last visited on October 29, 2024); https://www.facebook.com/AJUpFront/about_profile_transparency (last visited on October 29, 2024)

[11] U.S. users employing a domestic VPN (i.e., a VPN routing traffic through U.S. servers) can access AJMN's Arabic-language broadcasts without restriction. This includes live streams and archived footage accessible on AJMN's official websites and mobile applications. This accessibility further underscores AJMN's purposeful targeting of U.S. audiences.

[12] Those Who Watched Videos on Al Jazeera's Website May Be Entitled to Compensation Due to a Possible Privacy Violation, https://bivens.plaintip.com/index.php/al-jazeera-international/?*yuval (last visited on July 21, 2025)

additional, related AJMN videos to U.S. users, thereby amplifying AJMN's content distribution and reinforcing its targeted engagement with American audiences. This conduct reflects Defendants' purposeful direction of content into the United States and materially relates to Plaintiffs' claims under the ATA. By producing, publishing, and distributing content from Washington, D.C. that promotes, legitimizes, and amplifies the messaging of designated Foreign Terrorist Organizations, including Hamas and the PIJ, AJMN has engaged in tortious conduct within this District and throughout the United States—conduct that directly contributed to the radicalization and incitement culminating in the October 7, 2023 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism.

14.    On information and belief, Defendant AJMN and Defendant AJI both compensated individuals affiliated with Hamas and the PIJ for interviews and employed personnel who were Hamas and PIJ operatives. These payments and employment relationships constitute the provision of material support under 18 U.S.C. §§ 2339A and 2339B. Furthermore, by producing, editing, and broadcasting content from Washington, D.C. that supported and legitimized the messaging of Hamas and the PIJ, Defendant AJMN and AJI engaged in tortious conduct within the District of Columbia. This conduct—including providing a platform for Hamas and the PIJ to promote their agenda, elevate their public profile, and disseminate propaganda—contributed to the coordination, incitement, and execution of the October 7, 2023 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism.

15.    In November 2024, Hossam Shabat, an AJMN journalist and a known Hamas sniper, issued a call to action on his widely followed Instagram account in English, Arabic, and German, urging individuals worldwide to seize Israeli embassies,[13] which includes the Israeli

_____

[13] https://www.instagram.com/p/DCCL_8topql/?utm_source=ig (last visited on July 7, 2025)

embassy in Washington D.C. His inciting message catalyzed a broader campaign on Instagram branded as a "Global Call to Action" to besiege all Israeli embassies, including within this District.[14] Shabat amplified and endorsed this campaign using his public profile as an AJMN journalist. His conduct, and his status as a Hamas terrorist, reflects AJMN's continued support for Hamas's messaging and objectives, and directly contributed to the coordinated and continuing campaign of terrorism in the aftermath of the October 7 Terrorist Attacks, including by directing incitement and calls to action into this District.

16.    AJMN's contacts with the United States are continuous and systematic. It broadcasts content into the United States, maintains a significant media presence through its Washington, D.C. operations, and targets American audiences as part of its strategic media campaign. Although AJMN is not incorporated in any U.S. state, its aggregate contacts with the U.S. satisfy the requirements of personal jurisdiction under Rule 4(k)(2).

17.    AJMN is a globally integrated media enterprise headquartered in the Arab world, operating over 70 bureaus worldwide and employing more than 3,000 individuals from over 95 countries. Its content reaches more than 430 million households across 150 countries and territories. This vast international presence underscores AJMN's capacity and intent to shape public discourse on a global scale—including within the United States. AJMN's deliberate expansion into the U.S. media market, including through its Washington, D.C. operations, reflects a purposeful and sustained targeting strategy that supports the exercise of personal jurisdiction in this District.[15]

---

[14] https://www.instagram.com/p/DCkRTM8vLRJ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA%3D%3D (last visited on July 7, 2025)

[15] https://www.aljazeera.com/about-us (last visited on July 14, 2025)

18.     Jurisdiction over both Defendants is proper in this Court. While AJI is headquartered in this District, AJMN exercises purposeful control over content distributed here and engages in tortious conduct that causes harm to U.S. citizens.

19.     In the interests of justice, this case should be adjudicated in the U.S., and specifically in this District where Defendants have substantial contacts. Hamas and the PIJ are not designated as terrorist organizations in Qatar and instead receive support there. Forcing Plaintiffs, who are United States citizens, to bring their ATA claims in Qatar would deprive them of a suitable forum to resolve their claims.

20.     Venue is appropriate in this Court under 18 U.S.C. § 2334(a) because Defendant AJI maintains its principal place of business in Washington, D.C., and substantial tortious conduct occurred in this District. Venue is also proper as to Defendant AJMN because it purposefully directs content into this District, conducts coordinated operations here through AJI, and has engaged in conduct within this forum that gives rise to the claims in this action.

## THE PARTIES

21.     Plaintiff Maurice Shnaider, at all times relevant hereto, is a United States citizen domiciled in New York and the brother of Margit Silverman, deceased, brother-in-law of Yosi Silverman, deceased, uncle of Shiri Bibas and Yarden Bibas, and great uncle of Kfir and Ariel Bibas, who were kidnapped by Hamas on October 7, 2023, and later murdered. Maurice is one of the few remaining and close first- or second-degree relatives of Margit, Yosi, Shiri, and Shiri's children and the only one who is a United States citizen.

22.     Plaintiff Hal David Lubin, at all times relevant hereto, is a United States citizen domiciled in Georgia and the father and personal representative of the Estate of decedent Rose Ida

Lubin, a United States citizen. Plaintiff Hal David Lubin brings this action individually and on behalf of the Estate of Rose Ida Lubin.

23.     Plaintiff Robin Lynn Lubin, at all times relevant hereto, is a United States citizen domiciled in Georgia and the mother and personal representative of the Estate of decedent Rose Ida Lubin, a United States citizen. Plaintiff Robin Lynn Lubin brings this action individually and on behalf of the Estate of Rose Ida Lubin.

24.     Plaintiff Talia Zahava Friedman, at all times relevant hereto, is a United States citizen domiciled in Israel and the wife and personal representative of the Estate of decedent Zachary Philip Haber, a United States citizen. Plaintiff Talia Zahava Friedman brings this action individually and on behalf of the Estate of Zachary Philip Haber.

25.     Plaintiff Ayelet Nehama Newman-Kelmanson, at all times relevant hereto, is a United States citizen domiciled in Israel and is the wife of Menachem Kelmanson, an Israeli citizen injured on October 7, and the sister-in-law of Elchanan Kelmanson, deceased. Ayelet Nehama Newman-Kelmanson brings this action individually.

26.     Plaintiff S.B., a minor, at all times relevant hereto, is a United States citizen domiciled in Israel and son of plaintiff David Bollag. David Bollag, at all times relevant hereto, is the father and natural guardian of Plaintiff S.B. and brings this action as natural guardian of his minor child, Plaintiff S.B, a United States citizen.

27.     Plaintiff Dikla Mizrachi, at all times relevant hereto, is a United States citizen domiciled in Canada and the mother, heir and, personal representative of the Estate of decedent Ben Menashe Mizrachi, a United States citizen. Plaintiff Dikla Mizrachi brings this action individually and on behalf of the Estate of Ben Menashe Mizrachi.

28.    Plaintiff Orit Nahamias, at all times relevant hereto, is a United States citizen domiciled in Israel and the sister of Chen Nahmias, deceased. Orit Nahamias brings this action individually.

29.    Plaintiff Yinon Sharabi, at all times relevant hereto, is a United States citizen domiciled in Israel. Yinon Sharabi brings this action individually.

30.    Plaintiff Liat Oren Wachs, at all times relevant hereto, is a United States citizen domiciled in Massachusetts and the wife, heir, and personal representative of the Estate of decedent Igal Wachs, a United States citizen. Plaintiff Liat Oren Wachs is the mother of Plaintiff J.W., a United States citizen. Plaintiff Liat Oren Wachs brings this action individually, on behalf of the Estate of Igal Wachs, and as natural guardian of her minor child, Plaintiff J.W.

31.    Plaintiff I.T.M., a minor, at all times relevant hereto, is a United States citizen domiciled in Israel.

32.    Plaintiff Nicholas Albert Merkin, at all times relevant hereto, is a United States citizen domiciled in Israel and the father of Plaintiff I.T.M. Plaintiff Nicholas Albert Merkin brings this suit individually and as natural guardian of his minor child, Plaintiff I.T.M.

33.    Plaintiff N.E.K., a minor, at all times relevant hereto, is a United States citizen domiciled in Israel and son of Plaintiff Allen Samuel Kamer.

34.    Plaintiff Allen Samuel Kamer, at all times relevant hereto, is a United States citizen domiciled in Israel and the father of Plaintiff N.E.K. Plaintiff Allen Samuel Kamer brings this suit individually and as natural guardian of his minor child, Plaintiff N.E.K.

35.    Plaintiff Joshua Seth Hexter, at all times relevant hereto, is a United States citizen domiciled in Israel and the father, heir, and personal representative of the Estate of decedent Yakir

Hexter, a United States citizen. Plaintiff Joshua Seth Hexter brings this action individually and on behalf of the Estate of Yakir Hexter.

36.     Plaintiff Meital Gabriela Gitler, at all times relevant hereto, is a United States citizen domiciled in Israel and the wife and heir of decedent David Schwartz. Plaintiff Meital Gabriela Gitler brings this action individually.

37.     Plaintiff Haim Bernstein, at all times relevant hereto, is a United States citizen domiciled in Israel and the father of decedent Yehonatan Tzor. Plaintiff Haim Bernstein brings this action individually.

38.     Plaintiff Ethan Kessler Halley a/k/a Eitan Halley is a United States citizen domiciled in Israel. Plaintiff Ethan Kessler Halley brings this action individually.

39.     Plaintiff Dvora Batya Saadon, at all times relevant hereto, is a United States citizen domiciled in Israel and the mother, heir, and personal representative of the Estate of decedent Hallel Shmuel Saadon, a United States citizen. Plaintiff Dvora Batya Saad brings this action individually and on behalf of the Estate of Hallel Shmuel Saadon.

40.     Plaintiff Isaac Margulies, at all times relevant hereto, is a United States citizen domiciled in Israel. Plaintiff Isaac Margulies brings this action individually.

41.     Plaintiff Limor Rom, at all times relevant hereto, is the mother, heir, and personal representative of the Estate of decedent Jonathan Rom a/k/a Yonatan Rom, a United States citizen. Plaintiff Limor Rom brings this action on behalf of the Estate of Jonathan Rom.

42.     Plaintiff Tomer Rom, at all times relevant hereto, is the father, heir, and personal representative of the Estate of decedent Jonathan Rom a/k/a Yonatan Rom, a United States citizen. Plaintiff Tomer Rom brings this action on behalf of the Estate of Jonathan Rom.

43.     Plaintiff Yonah Chava Landau Zenilman, at all times relevant hereto, is a United States citizen domiciled in Israel and the wife, heir, and personal representative of the Estate of decedent Ari Yehiel Weinsoff Zenilman, a United States citizen. Plaintiff Yonah Chava Landau Zenilman brings this action individually and on behalf of the Estate of Ari Yehiel Weinsoff Zenilman.

44.     Plaintiff Marcy Ann Tatelbaum, at all times relevant hereto, is a United States citizen domiciled in Israel and the mother of decedent Yakir Shmuel Tatelbaum, a United States citizen. Plaintiff Marcy Ann Tatelbaum brings this action individually and on behalf of the Estate of Yakir Shmuel Tatelbaum.

45.     Plaintiff Juliana Farron Bausi, at all times relevant hereto, is a United States citizen domiciled in Israel and the mother, heir, and personal representative of the Estate of decedent Itai Yehuda Bausi, a United States citizen. Plaintiff Juliana Farron Bausi brings this action individually and on behalf of the Estate of Itai Yehuda Bausi.

46.     Defendant Al Jazeera Media Network ("AJMN") is a global media conglomerate headquartered in Doha, Qatar. Established in 1996, the network operates multiple channels, including Al Jazeera Arabic and Al Jazeera English, distributing content worldwide via television, online platforms, and social media.

47.     Defendant AJI is a Delaware limited liability company and a subsidiary of AJMN. Its principal office is located at 1200 New Hampshire Avenue NW, Washington, D.C., which serves as a primary hub for the network's U.S. operations, including those of Al Jazeera English. Defendant AJI and Defendant AJMN operate in close coordination as part of a unified global media operation, with content produced by one frequently disseminated across platforms managed

by the other. Their programming is distributed to U.S. viewers through platforms like Sling TV, YouTube, and streaming services such as Roku, Amazon Fire TV, and Apple TV.

## UNDERLYING FACTS

### Hamas Terrorist Organization

48.     The Islamic Resistance Movement (Harakat Al-Muqawama Al-Islamia), known by its Arabic acronym "Hamas," is a radical terrorist organization established by Islamic militants in 1987 as the Palestinian branch of the extremist Muslim Brotherhood.

49.     The United States has designated Hamas as a Foreign Terrorist Organization since 1997.[16]

50.     Hamas's charter, first published in 1988, states that "Israel will exist and will continue to exist until Islam will obliterate it" and that "there is no solution to the Palestinian question except through Jihad."[17] Hamas's goal is the destruction of the State of Israel and the establishment of an Islamic state in Israel, the West Bank, and the Gaza Strip. Hamas openly declares its use of terrorism as a legitimate means to achieve these objectives.[18]

51.     Hamas has carried out thousands of terrorist attacks, including suicide bombings, kidnappings, and rocket launches targeting Israeli civilians and military personnel. These attacks

---

[16] https://www.state.gov/foreign-terrorist-organizations/ (last visited on September 18, 2024)

[17] Hamas Covenant 1988, https://avalon.law.yale.edu/20th_century/hamas.asp

[18] *Id.* "It is the duty of the followers of other religions to stop disputing the sovereignty of Islam in this region, because the day these followers should take over there will be nothing but carnage, displacement and terror."

have resulted in the deaths and severe injury of many Israeli and United States citizens. Hamas's policy of violence and terrorism is widely recognized.[19]

52.    Since taking control of the Gaza Strip in 2007, Hamas has fired thousands of rockets and mortar shells into Israel, terrorizing civilian populations.[20] Hamas frequently attempts cross-border infiltrations to carry out attacks and kidnappings.[21]

53.    Hamas's policy and practice of carrying out terrorist attacks has been notorious and well known to the public, including the Defendants. These terrorist attacks have been routinely reported on and publicized worldwide by the Defendants through its global media network.

**The PIJ Terrorist Organization**

54.    The Palestinian Islamic Jihad (PIJ), another radical terrorist organization, shares Hamas's goal of destroying Israel and establishing an Islamic state through terrorism.[22] The PIJ has been involved in numerous terrorist attacks targeting U.S. civilians and Israeli civilians and soldiers, using violence to coerce and intimidate the Israeli government.[23]

---

[19] Justice Department Announces Terrorism Charges Against Senior Leaders of Hamas (September 3, 2024), https://www.justice.gov/opa/pr/justice-department-announces-terrorism-charges-against-senior-leaders-hamas ("'For decades, Hamas and its leadership have dedicated themselves to the eradication of the State of Israel, and to murdering, maiming, and brutalizing anyone — including dozens of Americans — who stood in their way,' said U.S. Attorney Damian Williams for the Southern District of New York. 'The October 7 Hamas Massacres – in which over 40 American citizens were murdered – is only the latest act of savagery carried out by Hamas.'")

[20] Rocket & Mortar Attacks Against Israel by Date (2001 - Present), https://www.jewishvirtuallibrary.org/palestinian-rocket-and-mortar-attacks-against-israel

[21] Behind the Headlines: Hamas' Terror Tunnels (July 22, 2014), https://www.gov.il/en/pages/hamas-terror-tunnels

[22] https://www.dni.gov/nctc/terrorist_groups/pij.html

[23] *Id.*

55.    Since 1997, the United States has designated the PIJ as a Foreign Terrorist Organization.[24]

56.    The PIJ's activities—including bombings, shootings, and rocket attacks—are widely known and publicized. These terrorist attacks have been routinely reported on and publicized worldwide by the Defendants through its global media network.

**Al Jazeera**

57.    Established in Qatar in 1996, Al Jazeera is a media news network that describes itself as "one of the largest and most influential international news networks in the world."[25] Al Jazeera Mubasher (Live) was launched in 2005 for continuous live coverage of news events. In 2006, Al Jazeera launched an English-language channel, Al Jazeera English, aimed at reaching a global audience. Al Jazeera Plus was launched in 2013 as part of Al Jazeera's initiative to expand its digital content offerings to reach a younger audience, and in 2017, it was rebranded as AJ+, which continued to emphasize digital-first content and expanded its presence across various social media platforms. Al Jazeera has extensive reach across the globe and is distributed in over 150 countries and territories in more than 430 million homes.[26]

58.    Since its establishment in 1996, Al Jazeera has aligned itself with terrorist organizations by working with such organizations to further their terrorist agenda, paying terrorist leaders for interviews, and providing a platform to assist these terrorist groups to organize, communicate their terrorist agenda, recruit new members, and incite violence.

---

[24] https://www.state.gov/foreign-terrorist-organizations/ (last visited on September 18, 2024)
[25] https://network.aljazeera.net/en/about-us#page-20 (last visited on August 28, 2024)
[26] https://www.aljazeera.com/about-us (last visited on July 10, 2025)

59.     This alignment has continued to the present. "Since Hamas' October 7, 2023 attack in southern Israel, in which some 1,200 Israelis were murdered and about 240 were kidnapped, Qatar's Al-Jazeera channel has been serving as a major mouthpiece for Hamas and the Iran-backed terror militias."[27]

## FACTUAL ALLEGATIONS

### Al Jazeera Journalists Tied to Hamas and the PIJ: Correspondents are Operatives

60.     Al Jazeera has consistently referred to Hamas and PIJ operatives—who have publicly identified themselves as such—as its journalists and reporters. Al Jazeera knowingly paid these Hamas and PIJ operatives to act as journalists and reporters. Even after their terrorist activities and affiliations were exposed, Al Jazeera has continued to employ and compensate these Hamas and PIJ terrorists.

### A.     Ismail Abu Omar: Al Jazeera Employee—Hamas Terrorist

61.     AJMN refers to Ismail Abu Omar as an Al Jazeera journalist.[28]

62.     Abu Omar is also a Hamas terror operative and actively participated in the October 7 Terrorist Attacks. Videos published by him show him entering Israel on October 7 and riding towards Kibbutz Nir Oz with multiple armed Hamas men, and he films himself from the site of the Nir Oz Massacre as gunfire unfolds.[29]

---

[27] Arab Journalists: Al-Jazeera Is A Mouthpiece Of The Terrorist Organizations (November 22, 2023), https://www.memri.org/reports/arab-journalists-al-jazeera-mouthpiece-terrorist-organizations

[28] https://www.aljazeera.com/news/2024/2/13/journalists-including-al-jazeera-reporter-injured-in-israel-gaza-strike (Ismail Abu Omar referred to as "Al Jazeera Arabic correspondent.")

[29] https://t.me/asmailpress/76726?fbclid=IwZXh0bgNhZW0CMTAAAR2xBHTv7nxSPsD0w2Ln zH69OumCxuj2Lu59LWJOs2BMAfn7ni93Zt7Chc_aem_AQDVvy2xTCToVNHY73TSZGuRutxQk6yl1

63.    Following the October 7 Terrorist Attacks, Israel publicly identified Abu Omar as a Hamas terror operative who served as a training company commander in the East Khan Younis Battalion.[30] According to a spokesman for the Israel Defense Forces ("IDF"), Abu Omar, on the morning of the October 7 Terrorist Attacks, filmed himself from inside Kibbutz Nir Oz during Hamas's massacre, and, in addition to working for Al Jazeera, served as a "deputy company commander in Hamas's East Khan Younis Battalion."[31]


[32]

---

dOhmSO7_OTAhpQtj3lL5sPfgIPi9Su4T111uF0_oTfKSaueMJSJNcAB (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: اشتباكات من نقطة صفر في نير عوز شرق خانيونس Translation: "Clashes from ground zero in Nir Oz, east of Khan Yunis.") (last visited on July 15, 2025)

https://t.me/asmailpress/76729?fbclid=IwZXh0bgNhZW0CMTAAAR16aGVe6BsL8CkAUGkiR6DbAG_IXiEToRPec4xl7MEhQ1sAkPsiDftMdvY_aem_AQAoHlurDTMAQ8GGwE8c-63kWF90z3liFxD52vvmChqePWikU9tkGnzbv_aKdAGZL-HFr_d8pe62Mu4bUTMh42dM Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: الدخول
Translation: "Entry") (last visited on July 15, 2025);

https://x.com/SlMONWEINBERG/status/1757840208949567775/video/1 (last visited on July 14, 2025)

    [30]IDF Claims Uncovered Documents Prove 6 Al Jazeera Journalists are Hamas, PIJ Operatives (October 23, 2024); https://www.timesofisrael.com/liveblog_entry/idf-claims-uncovered-documents-prove-6-al-jazeera-journalists-are-hamas-pij-operatives/

    [31] IDF Says Al Jazeera Reporter Wounded In Gaza Is Also A Hamas Deputy Commander, The Times of Israel (Feb 15, 2024), https://www.timesofisrael.com/idf-says-al-jazeera-reporter-wounded-in-gaza-is-also-a-hamas-deputy-commander/ (last visited on August 21, 2024)

    [32] https://x.com/giladerdan1/status/1757886064620921140 (last visited on August 26, 2024)

64.     AJMN kept Abu Omar as their paid employee and described him as an "Al Jazeera journalist" even after he was publicly identified as a Hamas commander.[33]

65.     In March 2024, the chairman of Al Jazeera's board of directors visited Abu Omar in the hospital after he was injured in an Israeli airstrike.[34]

66.     Abu Omar remains employed by AJMN, which continues to refer to him as one of its Gaza correspondents.[35]

**B.      *Muhammad Washah: Al Jazeera Employee—Hamas Terrorist***

67.     Muhammad Washah is a correspondent for Al Jazeera Mubasher (Al Jazeera Live) which is part of AJMN.


[36]

---

[33] https://www.youtube.com/watch?v=B3uj9cCQiT0 (last visited on August 21, 2024)

[34] https://x.com/AbuAliEnglishB1/status/1764670872210600043 (last visited on August 21, 2024)

[35] https://www.facebook.com/watch/?v=802644452073532 Translated from Arabic using the "Translate" feature on https://www.facebook.com/watch/?v=802644452073532 (last visited on July 15, 2025); IDF Names 6 Al Jazeera Journalists As Members Of Hamas, Islamic Jihad After Uncovering Documents (October 23, 2024) https://nypost.com/2024/10/23/world-news/idf-names-6-al-jazeera-journalists-as-members-of-hamas-islamic-jihad-after-uncovering-documents/; Al Jazeera in Palestine: A timeline of Coverage Against All Odds (Jan 3, 2025) https://www.aljazeera.com/news/2025/1/3/a-history-of-al-jazeera-in-palestine

[36] Washah identified himself in Arabic as a correspondent for Al Jazeera Mubasher ("Al Jazeera Live") on his recently scrubbed Instagram account.

68.     In 2015, while working as a correspondent for Al Jazeera Mubasher, Wishah met with a PIJ operative and thanked him for hosting the meeting. [37]

69.     In 2016, while working as a correspondent for Al Jazeera Mubasher, Wishah met with masked and armed PIJ operatives at their base.[38] He has also interviewed members of Hamas's military wing (the Al Qassam Brigades) while being escorted by them in their very tunnels and to their rocket launch sites.[39]

70.     In December 2016, Washah posted a photo of himself on Instagram receiving a book from Hamas's cofounder Dr. Mohammed Al Zahar.[40]



71.     In May 2021, while already employed as an Al Jazeera reporter, Washah posted a photograph on Instagram of himself with Hamas leader Yahya Sinwar.

---

[37] https://www.youtube.com/watch?v=CmIoo5AnT8g )Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: فطار مع ..مجموعات الرصد التابعة لسرايا القدس الذراع العسكري لحركة الجهاد الإسلامي بقطاع غزة Translation: "Breakfast with...the monitoring groups of the Al-Quds Brigades, the military wing of the Islamic Jihad movement in the Gaza Strip.") (last visited on July 3, 2025)

[38] https://www.youtube.com/watch?v=Ifo7q6oVHsU&t=77s (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: سرايا القدس .. المقاومة الفلسطينية في رمضان Translation: "Saraya al-Quds...the Palestinian resistance in Ramadan") (last visited on July 15, 2025)

[39] https://www.youtube.com/watch?v=h2RcScifC6Y&t (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: من داخل الأنفاق .. لقاء حصري مع وحدة مضاد الدروع بكتائب القسام Translation: "From inside the tunnels... an exclusive interview with the unit.") (last visited on July 15, 2025)

[40] https://www.timesofisrael.com/hamas-co-founder-to-uk-tv-israel-has-no-right-to-exist/



41

72.    In February 2024, the IDF recovered a laptop belonging to Washah in the northern Gaza Strip. Photos found on the laptop establish that Washah was a "prominent commander" in Hamas's anti-tank missile unit and, as of late 2022, began working in research and development for Hamas's air unit.[42] The laptop also included photos showing Washah working with weapons and a drone.[43]

C.    *Hamza Al-Dahdouh and Mustafa Thuria: Al Jazeera Employees—Hamas and PIJ Terrorists*

73.    Hamza al-Dahdouh identified himself on Instagram as an Al Jazeera journalist and listed October 7 as his birthday, even though his birthday is actually on April 30.[44]

---

[41] https://x.com/EFischberger/status/1756773005328302544/photo/1 (last visited on July 2, 2025)
[42] IDF Says Al Jazeera Reporter Wounded In Gaza Is Also A Hamas Deputy Commander, The Times of Israel (Feb 15, 2024), https://www.timesofisrael.com/idf-says-al-jazeera-reporter-wounded-in-gaza-is-also-a-hamas-deputy-commander/
[43] Al Jazeera Journalist Is Also A Hamas Commander, IDF Says (Feb 12, 2024) https://www.timesofisrael.com/al-jazeera-journalist-is-also-a-hamas-commander-idf-says/
[44] https://www.instagram.com/hamza_w_dahdooh/?hl=en (last visited on August 21, 2024)

74.     In January 2024, an IDF aircraft targeted and assassinated the operators of a drone posing a threat to the IDF. The operators were later identified as al-Dahdouh and Mustafa Thuria. After their assassination for terrorist activity, al-Dahdouh and Thuria were referred to by Al Jazeera as "Al Jazeera Crew" who were assassinated while on duty.[45]

75.     Al-Dahdouh and Thuria were identified by the IDF as members of Gaza-based terrorist organizations. Documents found by the IDF in Gaza revealed Thuria's role as Squad Deputy Commander in Hamas's Gaza City Brigade, as well as Al-Dahdouh's roles in the PIJ's electronic engineering unit and previously as a deputy commander in the PIJ's Zeitun Battalion.[46]

### D.     Ismail Al-Ghoul: Al Jazeera Employee—Hamas Terrorist

76.     Ismail al-Ghoul was hired by AJMN as an Arabic correspondent in Gaza in November 2023. At the time Al Jazeera hired him, al-Ghoul had publicly stated his commitment to Hamas.[47]

77.     Before becoming an Al Jazeera reporter, al-Ghoul attended a pro-Hamas/PIJ gathering on May 21, 2021, praising Hamas's resistance, with a post on his Instagram Account:

> How great Gaza is . . .  [I]t sends a message to the resistance that we are on your path, ready to offer everything we have for you. It sends a message to the leader of the resistance, Mohamed Deif [senior Hamas leader], that we are rising up for this resistance and are ready to preserve it with all our blood. Let's see the scenes from

---

[45] Al     Jazeera     Condemns     The     Assassination     Of     Hamza     Aldahdooh, https://network.aljazeera.net/en/press-releases/al-jazeera-condemns-assassination-hamza-aldahdooh    (Jan 7, 2024)

[46] https://x.com/IDF/status/1745177413565223266?lang=en (last visited on August 26, 2024)

[47] "Al Jazeera refutes 'baseless' Israeli allegations against Ismail al-Ghoul." *Al Jazeera*, 01 Aug. 2024, https://www.aljazeera.com/news/2024/8/1/al-jazeera-refutes-baseless-israeli-allegations-against-ismail-alghoul#:~:text=%E2%80%9CIsmail%20joined%20Al%20Jazeera%20in,Media%20Network%20said%20on%20Thursday

the uprising in Gaza celebrating the resistance's victory.[48]

78.    The IDF seized a file in Gaza containing a 2021 Hamas document that revealed al-Ghoul was a member of the Hamas Nukhba terror unit involved in the October 7 Terrorist Attacks and that he instructed Hamas operatives on how to record the October 7 Terrorist Attacks.[49]



A file seized by the IDF in Gaza which the army says shows Al Jazeera reporter Ismail Al-Ghoul was a member of Hamas (IDF) [50]

79.    Al-Ghoul was involved in recording and publicizing the attacks on Israeli troops and his activities were a "vital part" of Hamas's military activity.[51]

80.    The IDF arrested al-Ghoul in March 2024[52] during its anti-terrorism raid of the Shifa Hospital in Gaza, when the IDF captured some 900 suspects (of whom more than 500 were

---

[48] https://www.instagram.com/p/C-Gn4WWSMZ2/ (last visited on July 15, 2025) (video has since been scrubbed from Al Ghoul's Instagram account)

[49] IDF Releases File Seized in Gaza to Show Al Jazeera Reporter Was Hamas Member (August 3, 2024), https://www.timesofisrael.com/idf-releases-file-seized-in-gaza-to-show-al-jazeera-reporter-was-hamas-member/

[50] *Id.*

[51] Israel Kills An Al Jazeera Journalist And Says, Without Evidence, He Was A Hamas Operative (August 2, 2024), https://www.reuters.com/world/middle-east/idf-confirms-killing-al-jazeera-journalist-says-he-was-hamas-operative-2024-08-01/

[52] Al Jazeera Demands Israeli Occupation Forces Immediately Release Its Correspondent Ismail Alghoul (March 18, 2024), https://network.aljazeera.net/en/press-releases/al-jazeera-demands-israeli-occupation-forces-immediately-release-its-correspondent

confirmed to be terror operatives) and killed more than 200 gunmen.[53]

81.    In an April 2024 post on X, al-Ghoul shared a poem and a photograph inciting terror.[54]

82.    Al-Ghoul was subsequently released but was assassinated on July 31, 2024 by an IDF airstrike while on an assignment to film near the house of Ismail Haniyeh, the Hamas chief killed in Iran earlier on the same day.

83.    Instead of correcting the record and distancing itself from al-Ghoul, AJMN has, against all evidence to the contrary, defended al-Ghoul's reputation and denied his role in Hamas.[55]

**E.    _Tamer Almisshal: Al Jazeera Employee—Hamas Terrorist_**

84.    Since 2008, Tamer Almisshal has been a producer and presenter of investigative programs for AJMN.[56]

85.    Almisshal works closely with Hamas and serves as a producer for Hamas's propaganda arm.[57]

86.    In 2013, Almisshal was awarded the symbolic title of "Ambassador of Palestinian Media" by the Hamas-run Government Media Office for "conveying the truth as it is on the

---

[53] IDF Ends Shifa Hospital Raid, Says It Killed 200 Terror Operatives, Arrested 500 More (April 1, 2024), https://www.timesofisrael.com/idf-ends-shifa-hospital-raid-after-arresting-or-killing-hundreds-of-terror-operatives/

[54] https://x.com/ismail_gh2/status/1779247490241270058 Translated from Arabic using the "Translate" feature on X (formerly Twitter) and reviewed by an individual proficient in Arabic (last visited on July 15, 2025)

[55] https://www.aljazeera.com/news/2024/8/1/al-jazeera-refutes-baseless-israeli-allegations-against-ismail-al-ghoul

[56] https://network.aljazeera.net/en/profile/presenters/tamer-almisshal

[57] Al Jazeera Journo Produced Hamas Propaganda Videos Documenting Terror Group's Release of Israeli Hostages: Report (January 29, 2025) https://freebeacon.com/israel/al-jazeera-journo-produced-hamas-propaganda-videos-documenting-terror-groups-release-of-israeli-hostages-report/

ground."[58] Ihab Al-Ghussein, the Hamas official running the office, described Almisshal as "a model journalist and a source of pride."[59]

87.    A 2022 document uncovered by the IDF reveals instructions Hamas gave to Almisshal regarding his coverage of the Islamic Jihad during Operation "Breaking Dawn" on his Al Jazeera program *More Hidden than Revealed*. The instructions were to support the "resistance" in Gaza and to prevent any criticism of the Islamic Jihad's rocket capabilities, in light of the high number of failed launches.[60]



[61]

88.    On October 7, 2023, Almisshal celebrated the October 7 Terrorist Attacks posting

---

[58] https://web.archive.org/web/20250129205426/https://paltimeps.ps/post/35961/-تامر-تختار-الحكومة-للإعلام-سفير-المسحال, Translated from Arabic using the "Translate" feature on https://web.archive.org/web/20250129205426/https://paltimeps.ps/post/35961/-المسحال-تامر-تختار-الحكومة-للإعلام-سفير, and reviewed by an individual proficient in Arabic. (last visited on July 14, 2025).

[59] *Id.*

[60] Hamas Documents Reveal the Depth of the Collaboration Between Al Jazeera and the Hamas Terrorist Organization (October 29, 2024) https://www.idf.il/en/mini-sites/idf-press-releases-israel-at-war/october-24-pr/hamas-documents-reveal-the-depth-of-the-collaboration-between-al-jazeera-and-the-hamas-terrorist-organization/

[61] *Id.*

on X that "Gaza manufactures victory and honor for its homeland and nation."[62]

89.    On January 25, 2025, Hamas paraded four young Israeli female hostages kidnapped in the October 7 Terrorist Attacks through a Gaza square. They were surrounded by hordes of militants garbed in fatigues, donning black face-concealing masks, and green Hamas head gear proclaiming "Jihad for Liberation." The militants clutched and clicked their AK-47 guns.  On stage, the hostages, flanked by militants, held "certificates" and "gift bags" from their captors as part of an elaborate faux ceremony to depict them as women returning from a vacation-like trip, masking the brutality they endured for 477 days.[63] An expose' on Israel's i24 News reveals that Almisshall orchestrated this and other elaborate propaganda ceremonies on behalf of and produced videos for Hamas staging the release of hostages kidnapped in the October 7 Terrorist Attacks.[64] Almisshal reportedly planned the staging, including the backdrop displaying Hamas slogans[65] and coordinated the ceremony productions with Ezzedine Al Haddad, a Hamas commander who oversees the Qassam Brigades in northern Gaza.[66]

90.    Almisshal is also the producer and presenter of an Al Jazeera docuseries called *More Than Meets the Eye* (also known as *What is Hidden is Greater*), which streams in the U.S. On January 24, 2025, AJMN aired a special episode focusing on the October 7 Terrorist Attacks from the perspective of Hamas's military wing. The broadcast justified the massacre at Kibbutz

---

[62] Presenters, Reporters From Qatar's Al-Jazeera Praise Hamas Attack, Celebrate Israel's Disaster
(October 17, 2023) https://www.memri.org/reports/presenters-reporters-qatars-al-jazeera-praise-hamas-attack-celebrate-israels-disaster#_edn3
[63] Is Al Jazeera Providing Material Support to Hamas? (February 18, 2025)
https://www.fddaction.org/oped/2025/02/18/is-al-jazeera-providing-material-support-to-hamas/
[64] https://x.com/efischberger/status/1884684436173734391?s=46 (last visited on March 12, 2025)
[65] Is Al Jazeera Providing Material Support to Hamas? (February 18, 2025)
https://www.fddaction.org/oped/2025/02/18/is-al-jazeera-providing-material-support-to-hamas/
[66] *Id.*

Be'eri, featured exclusive footage of Hamas leaders Yahya Sinwar and Mohammed Deif planning the October 7 Terrorist Attacks, and framed the operation as a victory.[67] Almisshal presented events prior to, during, and following the October 7 Terrorist Attacks based on documented evidence he received from Hamas.[68]

### F.    Hossam Shabat: Al Jazeera Employee—Hamas Terrorist

91.    AJMN has identified Hossam Shabat as one of its journalists.[69]

92.    The IDF identified Shabat as "a sniper terrorist from the Beit Hanoun Battalion of the Hamas terrorist organization, who cynically posed as an Al Jazeera journalist."[70] In October 2024, the IDF uncovered Internal Hamas documents proving that Shabat participated in military training conducted by the Beit Hanoun Battalion of Hamas in 2019.[71]



Hossam Shabat's profile (Photo: IDF Spokesperson's Unit)[72]

---

[67] Qatari Al-Jazeera TV Show Praises October Massacre, Hamas, Amid Ceasefire Mediation (January 26, 2025) https://www.jpost.com/middle-east/article-839296

[68] Id.

[69] Al Jazeera Journalist Hossam Shabat Killed In Israeli Attack On Gaza (March 24, 2025) https://www.aljazeera.com/news/2025/3/24/al-jazeera-journalist-killed-in-israeli-strikes-in-northern-gaza

[70] IDF Unmasks Eliminated Al Jazeera Journalist As Hamas Terrorist, https://www.ynetnews.com/article/ry4b1glpke

[71] Id.

[72] Id.

93.     Throughout the ensuing war in Gaza, Shabat carried out terrorist attacks against the IDF and Israeli civilians.[73]

94.     In November 2024, Shabat issued a call to action in English, Arabic, and German on his widely followed Instagram account, urging individuals worldwide to seize Israeli embassies around the world.[74] His post incited a broader campaign on Instagram with a "Global Call to Action" for the besiegement of all Israeli embassies, which Shabat amplified by sharing and endorsing.[75]

95.     On March 24, 2025, Shabat was killed in an Israeli airstrike while he was in his car in Gaza targeted as a Hamas operative.[76]

### G.    *Other Al Jazeera Employees—Hamas and PIJ Terrorists*

96.     In October 2024, the IDF uncovered documents[77] in the Gaza Strip that revealed six AJMN journalists acting as operatives for Hamas and the PIJ. The journalists named by the IDF include Anas al-Sharif, Alaa Salameh, Hossam Shabat (deceased), Ashraf al-Sarraj, Ismail Abu Omar, and Talal al-Arrouqi.[78] The documents show personnel spreadsheets, lists of training courses, telephone books, and salary documents. They further reveal that Sharif was the head of a rocket launching squad and a member of a Nukhba Force company in Hamas's Nuseirat Battalion;

---

[73] *Id.*

[74] https://www.instagram.com/p/DCCL_8topql/?utm_source=ig (last visited on July 7, 2025)

[75] https://www.instagram.com/p/DCkRTM8vLRJ/?utm_source=ig_web_copy_link&igsh=MzRlO DBiNWFlZA%3D%3D (last visited on July 7, 2025)

[76] Report: Al Jazeera Reporter Identified By IDF As Hamas Operative Killed In Strike (March 24, 2025) https://www.timesofisrael.com/liveblog_entry/report-al-jazeera-reporter-identified-by-idf-as-hamas-operative-killed-in-strike/

[77] https://videoidf.azureedge.net/e8e85dc1-518d-4e08-b8a5-77576b4dea42 (last visited on October 28, 2024)

[78] IDF Claims Uncovered Documents Prove 6 Al Jazeera Journalists are Hamas, PIJ Operatives (October 23, 2024); https://www.timesofisrael.com/liveblog_entry/idf-claims-uncovered-documents-prove-6-al-jazeera-journalists-are-hamas-pij-operatives/

Salameh was the deputy head of the Shaboura Battalion's propaganda unit in the PIJ; Shabat was a sniper in Hamas's Beit Hanoun Battalion; Sarraj was a member of the PIJ's Bureij Battalion; Abu Omar served as a training company commander in Hamas's East Khan Younis Battalion; and Arrouqi was a team commander in Hamas's Nuseirat Battalion.[79] According to the IDF, the documents "unequivocally prove" that the journalists functioned as operatives of Hamas and the PIJ. "These documents are proof of the involvement of Hamas terrorists in the Qatari media network, Al-Jazeera," the IDF said in a statement.[80] Despite the documents uncovered by the IDF revealing that the named Al Jazeera journalists are operatives for Hamas and the PIJ, AJMN rejected this evidence and continued to employ these terrorist operatives.[81]

### H.    History of Hamas and PIJ Terrorists Employed by Defendants

97.    AJMN's employment of Hamas operatives dates back several years. Between 2006 and 2011, Wadah Khanfar served as Al Jazeera's Director General.[82] In 2011, Palestinian media described Khanfar as "one of the senior political leaders of the Islamic Resistance Movement (Hamas)," claiming he headed "Hamas's political bureau in (South and North Africa)."[83] Khanfar was also described by Palestinian media in 2012 as having been "active in the Hamas movement"

---

[79] *Id.*

[80] *Id.*

[81] Al Jazeera Decries 'Unfounded' Israeli Claims About its Gaza Journalists (October 23, 2024), https://www.aljazeera.com/news/2024/10/23/al-jazeera-decries-unfounded-israeli-claims-about-its-gaza-journalists

[82] Zuckerman, Ethan. "Wadah Khanfar: One Year After Mubarak: The Past & Future of the Arab Spring." *MIT Media Lab Events*, 24 Feb 2012, https://www.media.mit.edu/events/wadah-khanfar-one-year-after-mubarak-past-and-future-arab-spring/

[83] https://www.raya.ps/news/511931.html Translated from Arabic using the "Translate" feature on https://www.raya.ps/news/511931.html and reviewed by an individual proficient in Arabic last visited on July 11, 2025)

and "one of its most prominent leaders" in Hamas's Sudan office.[84] According to Al Jazeera's former English Egypt Bureau Chief, Mohamed Fahmy, Khanfar also was described by the Muslim Brotherhood's website as "one of the most prominent leaders in the Hamas Office in Sudan."[85]

98.     In 2011, Samer Allawi, AJMN's bureau chief in Afghanistan, admitted to working as a Hamas operative from 1993 to 2004. He stated he was prepared to participate in military operations if requested by Hamas and offered to leverage his position as a reporter for Al Jazeera to advance Hamas's interests.[86]

99.     Upon information and belief, Hisham Zaqout is an AJMN correspondent with ties to Hamas. In a July 2017 post on his X account, there is a picture of Zaqout wearing an IDF uniform and holding an illegally obtained gun during a training activity in Gaza with the following post: "Oh learners, oh school folks this pictures is from Gaza during a creative event against normalization."[87] At the time of the post, Zaqout had already begun his role as a correspondent for AJMN, which continues to employ him.[88]

## I.     *Al Jazeera's Hiring Process*

100.    The "Careers" page of the AJMN website provides "FAQs" for applicants

---

[84] https://www.raya.ps/news/552905.html Translated from Arabic using the "Translate" feature on https://www.raya.ps/news/552905.html and reviewed by an individual proficient in Arabic. (last visited on July 11, 2025)

[85] Fahmy, Mohamed. "The Price of Aljazeera's Politics." *Washington Institute*, 26 Jun. 2015, https://www.washingtoninstitute.org/policy-analysis/price-aljazeeras-politics

[86] Al Jazeera Journalist Admits to Being Hamas Operative (September 27, 2011), https://www.jpost.com/Middle-East/Al-Jazeera-journalist-admits-to-being-Hamas-operative

[87] https://x.com/hishamzaqout/status/890933087558918144 Translated from Arabic using the "Translate" feature on X (formerly Twitter)and reviewed by an individual proficient in Arabic (last visited on August 27, 2024).

[88] https://ps.linkedin.com/in/hisham-zaqout-60959467.

regarding Al Jazeera's hiring policies and practices.[89]

101.    Defendant AJMN uses a variety of selection tools as part of the pre-employment interview process, including as follows:

> The interview process is one of our *best opportunities to get to know the potential of a candidate*, and for the candidate to get to know our people and our businesses. We use competency based [*sic*] interview, psychometric testing and assessment centres [*sic*] but there are a variety of other selection tools we use where necessary. You will be given details of any assessment when you are invited to interview. You'll be asked questions about your academic and work experiences, and you'll have a chance to ask some questions to us. It will be most helpful for you to know about our Network, in particular the specific position of interest. You should also have a good sense of what value you think you may bring to our business and be prepared to offer examples of your past achievements or successes.[90] (emphasis added)

102.    AJMN also conducts "background checks of applicants who have accepted employment offers," as follows:

> Yes, Al Jazeera Media Network thorough [*sic*] background checks of applicants who've accepted employment offers. During the background screening process we will cover all or some of the following checks: – Criminal record checks – Employment verifications – Education and credential verifications – Reference verifications – *Local-language media/public domain searches and integrity checking* – Credit reporting and financial histories – Due diligence checking – Compliance and risk database checks – Identity documentation/passport checks [*sic*] If you have specific concerns regarding your background and would like further information please inform your point of contact from our recruitment team.[91] (emphasis added)

---

[89] https://careers.aljazeera.net/faqs/ (last visited on July 11, 2025)

[90] Unlock Your Potential at **Al Jazeera Media Network,** Join our network and discover endless opportunities [*sic*] in the media industry, https://careers.aljazeera.net (last visited on September 23, 2024)

[91] *Id.*

103.    Based on its extensive pre-employment interview and screening process and background checks of applicants who have accepted offers, Defendant AJMN knew or should have known that it featured among its ranks openly and publicly identified Hamas and PIJ terrorists and that it was compensating these individuals.

104.    Furthermore, even after Israel publicly released evidence that Al Jazeera knowingly employed and compensated Hamas and PIJ terrorists, AJMN failed to terminate their employment and continued to compensate known Hamas and PIJ terrorists.

**Al Jazeera's Coordination with Hamas and the PIJ in the October 7 Terrorist Attacks**

105.    Representative James Comer, Chairman of the House Committee on Oversight and Accountability, sent a letter dated April 8, 2024, to then Attorney General Merrick Garland urging him to bring action against any Al Jazeera affiliated entities, including Defendants, under the Foreign Agents Registration Act ("FARA"), citing concerns that the network has been "increasingly . . . linked to Hamas-backed attacks."[92] Prior to October 7, 2023, Hamas kept the details of the October 7 Terrorist Attacks highly secretive, with only five leaders fully aware of the plan and the final decision to proceed made only the day before.[93] During the early hours of the October 7 Terrorist Attacks, AJMN reporter Ismail Abu Omar (provided live updates of the terrorist attack on his Telegram channel (already described previously in this complaint). [94] Given

---

[92]    https://oversight.house.gov/wp-content/uploads/2024/04/2024-04-08-Letter-to-DOJ-FARA-Production-Follow-Up.pdf

[93] How Hamas Kept October 7 Attack on Israel Secret – Report (January 10. 2024), https://www.jpost.com/israel-hamas-war/article-781545

[94]

[94]https://t.me/asmailpress/76726?fbclid=IwZXh0bgNhZW0CMTAAAR2xBHTv7nxSPsD0w2LnzH69OumCxuj2Lu59LWJOs2BMAfn7ni93Zt7Chc_aem_AQDVvy2xTCToVNHY73TSZGuRutxQk6yl1dOhmS

the covert nature and last-minute execution of the attack, Abu Omar's real-time reporting shows close coordination with and intelligence from Hamas.

106.    Early in the morning of October 7, 2023, Abu Omar was actively posting on Telegram at 5:58 AM as the invasion unfolded. The Hamas assault on Israel began around 6:22 AM. Abu Omar started sharing coverage of the attacks immediately thereafter, including a photo of rocket launches at 6:31 AM.

[95]

107.    The following are some notable real time posts from Abu Omar on October 7, 2023, indicating his active participation in the attacks and close coordination with Hamas:

6:30 AM: ""Oh God, the power of missiles and sirens..."[96]

---

O7_OTAhpQtj3lL5sPfgIPi9Su4T111uF0_oTfKSaueMJSJNcAB (last visited on August 26, 2024); https://t.me/asmailpress/76729?fbclid=IwZXh0bgNhZW0CMTAAAR16aGVe6BsL8CkAUGkiR6DbAG _IXiEToRPec4xl7MEhQ1sAkPsiDftMdvY_aem_AQAoHlurDTMAQ8GGwE8c- 63kWF90z3liFxD52vvmChqePWikU9tkGnzbv_aKdAGZL-HFr_d8pe62Mu4bUTMh42dM (last visited on August 26, 2024); https://x.com/SlMONWEINBERG/status/1757840208949567775/video/1 (last visited on July 14, 2025)

[95] https://t.me/asmailpress/76647 (last visited on September 17, 2024)

[96] https://t.me/asmailpress/76646 (last visited on September 12, 2024); (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "اللهم قوة صواريخ وصافرات انذار...").

6:35 AM: "Entrance"[97]

6:41 AM: "The smell of gunpowder in #Gaza"[98]

6:48 AM: "Young people are climbing onto vehicles inside."[99]

6:48 AM: "Raiding kibbutzim in the Gaza Strip."[100]

6:49 AM: "This is the liberation of the envelope. Allahu Akbar."[101]

6:54 AM: "Say 'Allahu Akbar' and pray for the heroes to be steadfastness."[102]

6:59 AM: "Entry to the kibbutzim"[103]

108.    As already described previously in this complaint, Abu Omar joined the October 7 invasion. Abu Omar featured a video of stolen horses, accompanied by the bragging caption "trophy horses."[104]

---

[97] https://t.me/asmailpress/76651 (last visited on September 12, 2024); (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "دخول...")

[98] https://t.me/asmailpress/76652 (last visited on September 12, 2024); (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: رائحة البارود في #غزة")

[99] https://t.me/asmailpress/76654 (last visited on September 12, 2024); Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الشباب يعتلوا آليات في الداخل"

[100] https://t.me/asmailpress/76655 (last visited on September 12, 2024); Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "اقتحام كيبوتسات في غلاف غزة.."

[101] https://t.me/asmailpress/76656 (last visited on September 12, 2024); (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: " هذا تحرير للغلاف الله اكبر")

[102] https://t.me/asmailpress/76657 (last visited on September 12, 2024); Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "كبروا وادعوا بالثبات للأبطال"

[103] https://t.me/asmailpress/76661 (last visited on September 12, 2024) (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الدخول إلى الكيبوتسات")

[104] https://t.me/asmailpress/76727 (last visited on August 26, 2024) (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "خيول غنيمة")

109.     Abu Omar watermarked a graphic photo of a murdered Israeli soldier whose corpse was brought back to Gaza.


105

110.     Abu Omar also watermarked a horrific and inciting video at 8:20 am of Hamas members opening a car door, dragging out a corpse of an IDF soldier, stomping on the corpse, wielding guns, and yelling "Allah Akhbar!"[106] The watermark is captioned, "خاص اسماعيل ابو عمر" which translates to "Exclusive - Ismail Abu Omar."[107]

111.     Abu Omar also recorded a jihadist speaking over transistor radio about beheading settlers and asking listeners to praise God. "Praise God, our brothers in the al-Qassam Brigades. We entered the homes of the settlers and beheaded them! We beheaded them with a dagger! And by shooting them in the head! Pray and say: Allahu Akhbar! Praise God!" Abu Omar responded in lockstep, "Allahu Akbar and Praise God!"[108]

---

[105] https://t.me/asmailpress/76718 (last visited on September 12, 2024); Photo available on Abu Omar's telegram channel at 8:08 AM, October 7, 2023. Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "جندي إسرائيلي وسط بني سهيلا" ("An Israeli soldier in the middle of Bani Suheila")

[106] https://t.me/asmailpress/76722 (last visited on August 26, 2024) Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "تمتعتوا الجندي وسط#‏ بني سهيلا تحت بساطير أبناء شعبنا" ("#You enjoyed – The soldier among Bani Suheila, under the boots of our people.")

[107] *Id.* Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "خاص اسماعيل ابو عمر" ("Exclusive to Ismail Abu Omar")

[108] https://x.com/AbuAliEnglishB1/status/1757833943561162950 (last visited on July 14, 2025)

112.    Abu Omar's early morning Telegram updates on October 7, his active participation in the invasion, and his posting of personally watermarked footage depicting dead Israeli soldiers demonstrate that he had detailed foreknowledge of the timing and location of the October 7 Terrorist Attacks. This level of access and involvement evidences direct coordination with Hamas. As an Al Jazeera reporter, Abu Omar provided real-time coverage framed with explicit support for Hamas and accompanied by violent imagery. These updates went beyond reporting; they glorified the attacks, encouraged further violence, and actively contributed to the incitement of terrorism on that day.

113.    The IDF uncovered documents indicating direct collaboration between Hamas and Al Jazeera, revealing how Hamas and Al Jazeera coordinated media coverage to serve Hamas's interests.[109] A 2023 document reveals that Hamas set up an "Al Jazeera Phone" to enable confidential communication between Hamas and Al Jazeera, especially during emergencies.[110]



[111]

---

[109]  Hamas Documents Reveal the Depth of the Collaboration Between Al Jazeera and the Hamas Terrorist Organization (October 29, 2024), https://www.idf.il/en/mini-sites/idf-press-releases-israel-at-war/october-24-pr/hamas-documents-reveal-the-depth-of-the-collaboration-between-al-jazeera-and-the-hamas-terrorist-organization/

[110] *Id.*
[111] *Id.*

114.    This "Al Jazeera Phone" proved critical on the morning of October 7, 2023, when AJMN granted exclusive airtime to Hamas military commander Mohammed Deif at the precise moment Hamas terrorists were executing the October 7 Terrorist Attacks. In the broadcast, Deif announced the launch of "Operation Al-Aqsa Flood" and framed the attacks as the opening move in a larger war, urging all Palestinians to rise up.[112] Defendant AJMN aired this message on its Arabic-language platforms, where it was originally broadcast and widely disseminated. The message was then made accessible to U.S. audiences through Al Jazeera English, including via cable networks, satellite providers, online platforms, and through the use of U.S.-based VPNs. By airing Deif's message in real time to global and U.S. audiences, AJMN did not merely report the news—it acted as a willing conduit for Hamas propaganda. The broadcast amplified and legitimized Hamas's messaging, glorified the ongoing violence, and encouraged further acts of terrorism. AJMN's real-time coordination with Hamas and its dissemination of operational messaging on October 7 contributed directly to the incitement of additional violence that day.

115.    Because of the close coordination between Al Jazeera and Hamas, Israeli Communications Minister Shlomo Karhi initiated emergency regulations a few days following the October 7 Terrorist Attacks to shut down Al Jazeera's operations in Israel for inciting violence against Israel,[113] revealing the staging areas of Israeli forces in southern Israel and Gaza, and helping Hamas in their war with Israel.[114]

---

[112] Hamas Military Commander Mohammed Deif Announces Launch Of Operation Al-Aqsa Deluge, Calls On Palestinians In West Bank, Jerusalem, And Israel Proper To Attacks With Guns, Knives, Vehicles (October 7, 2023), https://www.memri.org/tv/hamas-military-commander-deif-operation-aqsa-deluge-calls-palestinian-carry-out-attacks

[113] Israeli Government Moves To Shut Down 'Al Jazeera' Local Bureau (Oct. 11, 2023); https://www.jns.org/israeli-government-moves-to-shut-down-al-jazeeras-local-bureau/

[114] Mossad Supports Closure Of 'Al Jazeera' For Revealing IDF Troop Locations (Oct. 16, 2023); https://www.jns.org/mossad-supports-closure-of-al-jazeera-for-revealing-idf-troop-locations/

116.    In March 2024, AJMN aired a documentary, streamed in the U.S., investigating the October 7 Terrorist Attacks which claimed, "many of the worst stories that came out in the days following the attack were false," featuring commentary from Hamas official Bassem Naim.[115] By broadcasting this denial of Hamas's crimes and providing a platform to a designated terrorist representative, AJMN legitimized the October 7 Terrorist Attacks, promoted Hamas's agenda, and contributed to the ongoing incitement and radicalization that fueled additional acts of violence as part of the same coordinated and continuing campaign of terrorism launched on October 7.

117.    On March 23, 2024, AJMN published an inflammatory video on YouTube alleging that, during the IDF's operation in Shifa Hospital, Israeli forces "raped women, kidnapped women, executed women, and pulled dead bodies from under the rubble and unleashed their dogs on them to eat."[116] The IDF immediately denied the accusations, and Defendant AJMN removed the video the following day.[117] Yasser Abu Hilalah, AJMN's former managing director, subsequently acknowledged that the rape allegations were fabricated, and that the woman who made the claims, Jamila al-Hissi, admitted she had lied in order "to arouse the nation's fervor and brotherhood."[118] Despite the removal of the original video, the false claims had already been widely disseminated worldwide, with reposts continuing to circulate and remain accessible online.[119] AJMN's reckless publication of the fabricated allegations had the intended effect of fueling incitement on a global scale.

---

[115] https://www.youtube.com/watch?v=_0atzea-mPY&rco=1 (last visited on August 26, 2024)

[116] https://www.youtube.com/watch?v=d8qJ6Ig40M8 (last visited on May 12, 2025)

[117] *Stop the Presses!* (March 27, 2024), https://www.jns.org/stop-the-presses/

[118] Id.

[119] https://x.com/MiddleEastEye/status/1771620004997276103?lang=en (last visited on May 12, 2025) https://www.youtube.com/watch?v=3mN1SRUx0R8 (last visited on May 12, 2025) https://www.middleeastmonitor.com/20240325-theyre-raping-women-to-humiliate-the-men-this-is-their-way-of-humiliating-the-palestinian-men/ (last visited on May 12, 2025) https://www.youtube.com/watch?v=d8qJ6Ig40M8 (last visited on May 12, 2025)

118.    In a January 21, 2025 show on Al-Araby TV, Abu Hamza, the spokesman for the Al-Quds Brigades, the military wing of the PIJ, publicly thanked Al Jazeera, along with all of the media "resistance fighters," for their collaboration and support following the October 7 Terrorist Attacks with the ensuing war in Gaza. "We salute the free Arab and foreign media outlets, which have made Gaza into their main cause throughout the aggression. Al-Jazeera TV did not flee the scene, despite being harassed and targeted. We salute Al-Jazeera's management, staff, and reporters."[120]

**Al Jazeera Extensive Incitement Through Interviews with Terrorist Leaders**

119.    Al Jazeera has hosted, conducted, and televised interviews with high-ranking members of Hamas and the PIJ on numerous occasions, and continues to do so. These interviews are often conducted in sensitive locations, such as Hamas military bases and tunnels, showing coordination by Al Jazeera and these terrorist organizations. Such interviews help spread Hamas's and the PIJ's terrorist message and agenda.

120.    Muhammad El Hindi is the Deputy Secretary General of the PIJ.[121] In 2019, he was added to the United States list of Specially Designated Global Terrorists.[122] Muhammad El Hindi has been interviewed by AJMN on numerous occasions.[123]

---

[120]https://www.memri.org/tv/pij-military-wing-spokesman-abu-hamza-ceasefire-deal-thanks-qatar-egypt-arab-media (last visited on January 27, 2025)

[121] Mapping Palestine Politics, https://ecfr.eu/special/mapping_palestinian_politics/muhammad-al-hindi/ (last visited on August 22, 2024).

[122] Executive Order Amending Counter Terrorism Sanctions Authorities; Counter Terrorism Designations and Designations Updates; Iran-related Designation; Syria Designations Updates, https://ofac.treasury.gov/recent-actions/20190910 (last visited on August 22, 2024).

[123] https://www.facebook.com/watch/?v=1034890781169787 Translated from Arabic using the "Translate" feature on https://www.facebook.com/watch/?v=1034890781169787, and reviewed by an

121.    Ismail Haniyeh served as a Hamas leader in the Gaza Strip from June 2007 until February 2017 and then as chairman of the Hamas Political Bureau from May 2017 until his assassination in July 2024.[124] Haniyeh has been interviewed by AJMN on numerous occasions promoting Hamas's terrorist agenda.[125] In 2022, AJMN published an interview with Haniyeh who, during the interview, threatened to abduct additional Israeli soldiers to hold as bargaining chips against Israel.[126] In an interview with AJMN in April 2024 regarding the assassinations of Haniyeh's three children by Israel, Haniyeh stated that "this noble blood that is spilled, including my own children, will harden our resolve, make us more defiant…"[127] AJMN has also given Haniyeh a platform unrelated to Hamas's cause,[128] a strategy likely designed to portray Haniyeh

---

individual      proficient      in      Arabic.      (last      visited      on      July      14,      2025); https://www.youtube.com/watch?v=UjsbU7goiag      (last      visited      on      August      22,      2024); https://www.dailymotion.com/video/x8pmysy (last visited on August 22, 2024).

[124] https://en.wikipedia.org/wiki/Ismail_Haniyeh (last visited on August 22, 2024)

[125]    https://www.youtube.com/watch?v=eQhNQ6-A_o0 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "المقابلة - مع إسماعيل هنية رئيس (حماس) المكتب السياسي لحركة المقاومة الإسلامية" "Interview – with Ismail Haniyeh, Head of the Political Bureau of   the   Islamic   Resistance   Movement   (Hamas)"   (last   visited   on   July   14,   2025); https://www.youtube.com/watch?v=AIKV5yzrsHE Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "المقابلة - إسماعيل هنية: ما دام هناك أرحام تلد الأبطال الجزء الثاني - ستبقى فلسطين حيّة بالوجدان" "The Interview – Ismail Haniyeh: As long as there are wombs that give birth to heroes, Palestine will remain alive in the conscience – Part Two"). (last visited on July 14, 2025); https://www.youtube.com/watch?v=U85ao_X4y7w Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "بلا حدود | إسماعيل هنية: 'سيف القدس' أفشلت صفقة القرن وخيارات المقاومة مفتوحة" "Without Borders | Ismail Haniyeh: 'The Sword of Jerusalem' thwarted the Deal of the Century, and the resistance's options are open") (last visited on July 14, 2025).

[126] Al Jazeera Plus Qatar's Foreign Intervention Masked as an American News Outlet (March 2023), https://zachorlegal.org/wp-content/uploads/2023/03/AJ-Report-2023-WEB-VERSION.pdf

[127] https://www.youtube.com/watch?v=jOOdfoh1cG0 (last visited on August 22, 2024)

[128]    https://www.youtube.com/watch?v=2dvmpxWC7_U Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "إسماعيل هنية يهنىء الشعب الجزائري بالفوز بكأس أمم افريقيا" "Ismail Haniyeh congratulates the Algerian people on winning the Africa Cup of Nations"). (last visited on July 14, 2025)

as a normal leader, keeping Hamas's cause relevant. Since his death, Al Jazeera has referred to Haniyeh as a "martyr."[129]

122.    Khaled Meshaal is a prominent leader of Hamas.[130] He served as chairman of the Hamas Political Bureau from 1996 until 2017, when he was succeeded by Haniyeh.[131] After Haniyeh's assassination in July 2024, Meshaal became the most senior Hamas official outside of the Gaza Strip.[132] Meshaal has been interviewed by AJMN on several occasions.[133] In a 2017 interview, AJMN spoke with Meshaal regarding the release of Hamas's new political document, which builds on the 1988 Hamas charter. In that interview, Meshaal, speaking of Hamas, stated that "I am one of the founders of the organization. I was there since day one."[134]

123.    Ziyad al-Nakhalah became deputy secretary general of the PIJ in 1995, was designated a Specially Designated Terrorist by the U.S. in 2014, and was elected Secretary General of the PIJ in 2018.[135] During September 2023, prior to the October 7 Terrorist Attacks, al-Nakhalah met with Hezbollah leader Hassan Nasrallah, Hamas senior leader Saleh al-Arouri, and PFLP

---

[129] https://www.facebook.com/aljazeerachannel/videos/820493360230237 Translated from Arabic using the "Translate" feature on https://www.facebook.com/aljazeerachannel/videos/820493360230237, and reviewed by an individual proficient in Arabic. (last visited on July 14, 2025);

[130] Hamas: What has Happened to itsMost Prominent Leaders? (January 21, 2025), https://www.bbc.com/news/world-middle-east-67103298 (last visited on July 3, 2025)

[131] https://en.wikipedia.org/wiki/Khaled_Mashal (last visited on August 22, 2024)

[132] https://www.britannica.com/biography/Khaled-Meshaal (last visited on August 22, 2024)

[133] https://www.youtube.com/watch?v=jjW_ceXbYNY Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الجانب الآخر - خالد مشعل رئيس حركة حماس في الخارج" ("The Other Side – Khaled Meshaal, Head of Hamas Abroad") (last visited on July 14, 2025 https://www.youtube.com/watch?v=gDf_DvTPQgQ (last visited on August 22, 2024)

[134] Meshaal:    'We    want    to    restore    our    national    rights', https://www.aljazeera.com/features/2017/5/2/meshaal-we-want-to-restore-our-national-rights  (last visited on July 3, 2025)

[135] https://en.wikipedia.org/wiki/Ziyad_al-Nakhalah (last visited on July 14, 2025)

Deputy Secretary-General Jamil Mezher in Lebanon.[136] Ziyad al-Nakhalah has been interviewed by AJMN.[137] In August 2022, following three days of conflict between Israel and the PIJ in the Gaza Strip, al-Nakhalah gave a press conference praising Al Jazeera, "I would like to welcome the brother, who is a reporter of Al Jazeera, and I would like to salute Al Jazeera, as well as all the TV channels, but especially to Al Jazeera, that broadcast live from Palestine throughout the days of the war . . . The brothers made great efforts, everyone, with no exception, but I would like to specifically mention Al Jazeera for the efforts they made."[138]

124.    Yahya Sinwar, designated in 2015 as a terrorist by the U.S. government, was the chairman of the Hamas Political Bureau since August 2024 and the Hamas leader in the Gaza Strip since February 2017, until his assassination in October 2024.[139] Sinwar is regarded as the mastermind behind the October 7 Terrorist Attacks.[140] Sinwar has been interviewed by AJMN.[141]

---

[136] *Id.*

[137] https://www.youtube.com/watch?v=C6hzjg8v6y8 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "المقابلة- زياد النخالة أمين عام" ("The Interview – Ziad al-Nakhalah, Secretary-General of the Palestinian Islamic Jihad Movement – Part One") (last visited on July 14, 2025); https://www.youtube.com/watch?v=a4jvIUS1ai8 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "المقابلة - الأمين العام لحركة الجهاد الإسلامي زياد" "النخالة - الجزء الثاني" ("Interview – Secretary-General of the Islamic Jihad Movement, Ziad al-Nakhalah – Part Two"). (last visited on July 14, 2025)

[138] Palestinian Islamic Jihad Leader Ziyad al-Nakhalah In Tehran Press Conference: The Enemy Has Conceded To Our Demand To Release The Two PIJ Leaders; I Salute Al-Jazeera For Its Coverage Of The War (August 7, 2022), https://www.memri.org/tv/pij-palestine-leader-ziyad-nakhala-tehran-presser-enemy-agreed-release-leaders-salute-jazeera

[139] https://en.wikipedia.org/wiki/Yahya_Sinwar (last visited on November 4, 2024)

[140] Shadowy Hamas leader in Gaza is at top of Israel's hit list after last month's deadly attack (November 22, 2023), https://apnews.com/article/israel-hamas-leader-gaza-war-sinwar-7359ae98217aa11aa7c20c2780d5d350

[141] https://www.youtube.com/watch?v=j3Rc-yGhxGw Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "لقاء خاص - السنوار: حريصون"

125.    Khalil al-Hayya is a Hamas official in the Palestinian Legislative Council and deputy chairman of the Hamas Political Bureau.[142] He has also been interviewed by AJMN.[143] In an interview with Al Jazeera on August 10, 2024, al-Hayya called for violent incitement, demanding "a serious Arab and Islamic response to punish the Israeli occupation."[144]

126.    Hassan Yousef is a co-founder and leader of Hamas.[145] He has been interviewed by AJMN as well.[146]

127.    Al Jazeera often conducted interviews with operatives in Hamas and the PIJ in sensitive locations, signifying their close coordination. On one occasion, an Al Jazeera reporter interviewed a spokesperson from the PIJ outside the Al Shifa Hospital in Gaza.[147] The hospital was later discovered to have served as a Hamas command center where 500 terrorists affiliated

_____

على عدم عسكرة حراك غزة" ("Exclusive Interview – Sinwar: We are keen not to militarize the Gaza movement.") (last visited on July 14, 2025)

[142] https://en.wikipedia.org/wiki/Khalil_al-Hayya (last visited on August 22, 2024)

[143] https://www.youtube.com/watch?v=kMMOsCBi48w Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "المقابلة - خليل الحية مدير مكتب العلاقات العربية والإسلامية بحركة حماس - ج1" ("The Interview – Khalil al-Hayya, Director of the Arab and Islamic Relations Office of Hamas – Part 1") (last visited on July 14, 2025); https://www.facebook.com/watch/?v=1390150138330157 (last visited on August 22, 2024)

[144] Hamas official Khalil al-Hayya to Al Jazeera: What Is Required Is A Serious Arab And Islamic Response To Punish The Israeli Occupation (August 10, 2024), https://www.lbcgroup.tv/news/israelgazawar/789271/hamas-official-khalil-al-hayya-to-al-jazeera-what-is-required-is-a-ser/en

[145] https://en.wikipedia.org/wiki/Hassan_Yousef_(Hamas_leader) (last visited on August 22, 2024)

[146] https://www.youtube.com/watch?v=5s9tG3BGQMU Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "مقابلة الجزيرة مع القيادي بحركة حماس الأسير المحرر حسن يوسف" ("Al Jazeera interview with Hamas leader and released prisoner Hassan Yousef") (last visited on July 14, 2025); https://www.dailymotion.com/video/xsywi2 (last visited on August 22, 2024)

[147] https://www.youtube.com/watch?v=0d2V9gebrME Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الناطق باسم حركة الجهاد الإسلامي للجزيرة: اغتيال الحسني لن يضعف الحركة ولن يغير مسيرته" ("Islamic Jihad spokesman to Al Jazeera: Al-Hasani's assassination will not weaken the movement or change its course." (last visited on July 14, 2025)

with Hamas and the PIJ were arrested.[148] On other occasions, Al Jazeera interviewed an operative from the PIJ on a PIJ base[149] and a Hamas operative in Hamas's terror tunnels in Gaza,[150] sensitive locations to which access is limited to those in close coordination with these terrorist groups.

128.    The spiritual leader of Hamas's predecessor—the Muslim Brotherhood—Yusuf al-Qaradawi, who died in 2022, legitimized Palestinian terrorism, including suicide bombings and the killings of Israeli women and children. Yusuf al-Qaradawi had a popular weekly prime-time television show on Al Jazeera Arabic, *al-Shariʿa wa-l-Ḥayah* (*The Sharia and Life),* which, at its peak, was one of AJMN's most popular shows with tens of millions of viewers worldwide.[151] On the program, al-Qaradawi advocated for terrorist attacks on U.S. soldiers in Iraq, promoted Jihad against the West, and praised the Holocaust and attacks on Israeli civilians.[152] On one of his Al Jazeera shows, al-Qaradawi praised Hitler and hoped that he would become a martyr before he died.[153]

129.    In May 2023, Al Jazeera interviewed a spokesman from Saraya al-Quds (the

---

[148]    Gaza's Al-Shifa Hospital In Ruins After Two-Week Israeli Raid (April 1, 2024), https://www.bbc.com/news/world-middle-east-68705765

[149]    https://www.youtube.com/watch?v=Ifo7q6oVHsU&t=77s Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "سرايا القدس .. المقاومة الفلسطينية في رمضان" ("Saraya al-Quds...the Palestinian resistance in Ramadan" (last visited on July 14, 2025)

[150]    https://www.youtube.com/watch?v=h2RcScifC6Y&t=137s Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "لقاء .. من داخل الأنفاق حصري مع وحدة مضاد الدروع بكتائب القسام" ("From inside the tunnels… an exclusive interview with the anti-armor unit of the Qassam Brigades") (last visited on July 14, 2025)

[151]    Yusuf al-Qaradawi, The Muslim Scholar Who Influenced Millions (September 27, 2022), https://www.aljazeera.com/news/2022/9/27/yusuf-al-qaradawi-the-muslim-scholar-who-influenced-millions

[152]    Al Jazeera Plus Qatar's Foreign Intervention Masked as an American News Outlet (March 2023), https://zachorlegal.org/wp-content/uploads/2023/03/AJ-Report-2023-WEB-VERSION.pdf

[153]    *Id.*

military wing of the PIJ).[154]

130.    At the 9th annual Al Jazeera forum in 2015, AJMN hosted Osama Hamdan, Head of the International Relations Department of Hamas, on a panel discussion.[155] Hamdan was a former senior representative of Hamas in Lebanon and Tehran and was explicitly recognized by an Al Jazeera host as a "senior spokesperson for Hamas."[156] Hamdan was also interviewed on Al Jazeera's Washington, D.C.-based show *Upfront,* in 2017[157] and in 2023,[158] and was likely compensated from the Washington, D.C.-based show for the interviews.

131.    At the Al Jazeera forum in May 2024, featured speakers included, Ismail Abu Omar,[159] even after he was identified as a Hamas terror operative, and Wadah Khanfar,[160] who was described as a prominent leader in Hamas.[161]

132.    AJMN organized an international conference in collaboration with the European Palestinian Council for Political Relations ("EUPAC") scheduled for October 14, 2024, in

---

[154] https://www.youtube.com/watch?v=0d2V9gebrME  Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الناطق باسم حركة الجهاد الإسلامي للجزيرة: اغتيال الحسني لن يضعف الحركة ولن يغير مسيرتها" ("Islamic Jihad spokesman to Al Jazeera: "The assassination of al-Hasani will not weaken the movement or change its course.") (last visited on July 14, 2025)

[155] The 9th AL Jazeera forum, Programme, https://forum.aljazeera.net/archive/forum-2015/programme.html, https://archive-forum.aljazeera.net/forum-2015/media/photos/first-day-9th-aljazeera-forum (see photograph 19/20 confirming his attendance)

[156] https://en.wikipedia.org/wiki/Osama_Hamdan (last visited on September 30, 2024); https://www.youtube.com/watch?v=vkeaiNCQukg (last visited on July 14, 2025)

[157] Senior Hamas Leader Speaks to Al Jazeera on Moving the US Embassy to Jerusalem (January 25, 2017), https://network.aljazeera.net/en/pressroom/senior-hamas-leader-speaks-al-jazeera-moving-us-embassy-jerusalem

[158] https://www.youtube.com/watch?v=vkeaiNCQukg

[159] http://web.archive.org/web/20241113184506/https://forum.aljazeera.net/en/programme/

[160] *Id.*

[161] The Price of Aljazeera's Politics (June 26, 2015), https://www.washingtoninstitute.org/policy-analysis/price-aljazeeras-politics;

Brussels, titled "The Genocidal War in Gaza One Year On: Humanitarian, Legal and Political Implications in the European Context." EUPAC, under the leadership of chairman Majed Al-Zeer and deputy chairman Mohammad Hannoun—both designated by the U.S. Treasury as Hamas officials[162]—organized the event with AJMN. These individuals have been recognized for financially supporting Hamas.[163] The venue removed the conference from its website following the U.S. Treasury's designation, effectively canceling the event.[164]

133.    On July 18, 2025, Al Jazeera broadcasted an exclusive video of a statement it obtained from Abu Obaida, the spokesman for Hamas's Izz ad-Din al-Qassam Brigades.[165]

134.    Al Jazeera reportedly customarily pays interviewees a fee for appearing on its channels and even provides transportation for in-studio interviews.[166] Al Jazeera also reportedly covers the travel expenses of invited speakers to attend its annual forum.[167]

135.    Al Jazeera provides financial support to Hamas and PIJ terrorists, constituting material support for terrorism under the ATA, by paying Hamad and PIJ leaders for their appearances, covering travel expenses, and funding conferences at which they speak.

136.    Al Jazeera also facilitates incitement to violence by offering a platform for these terrorist leaders to promote their terrorist agenda, organize, and recruit members.

---

[162]https://home.treasury.gov/news/pressreleases/jy2632#:~:text=Hannoun%20and%20ABSPP%20are%20being%2C%20directly%20or%20indirectly%2C%20Hamas. (last visited on July 14, 2025)

[163] Id.

[164] Brussels Venue De-Platforms Al-Jazeera-Funded Conference Over Hamas Leader Participation (October 10, 2024), https://www.jpost.com/international/article-824134#google_vignette

[165] https://x.com/AJA_Egypt/status/1946234143798407561 Translated from Arabic using the "Translate" feature on X (formerly Twitter) (last visited on July 21, 2025)

[166] Who Gets Paid for Interviews? (March 25, 2019) https://medium.com/news-to-table/who-gets-paid-for-interviews-e16650567679, Ethics Disclosure, Jeffrey Frankel, May 2023.

[167] Blogging Al Jazeera – A dilemma? Or a critic's agenda? (March 15, 2006) https://ethanzuckerman.com/2006/03/15/blogging-al-jazeera-a-dilemma-or-a-critics-agenda/

**Al Jazeera's Incitement and Glorification of Terrorism**

137.    Al Jazeera often glorifies Hamas, the PIJ, and other terrorist groups by referring to their deceased members as "martyrs."

138.    AJMN titled a broadcasted tribute to assassinated Saleh Al Arouri, Hamas's Deputy Chairman, "Hamas announced his martyrdom in Beirut. . .Who is the martyr Saleh Al-Arouri?"[168]

139.    AJMN titled two separate videos memorializing Sheikh Ahmed Yassin, a founder of Hamas: "15 years since the martyrdom of Sheikh Ahmed Yassin"[169] and "The martyrdom of Sheikh Ahmed Yassin."[170]

140.    AJMN titled the broadcasted funeral of two al-Qassam Brigade Hamas members, "A solemn scene from the funeral of two martyrs from the Al-Qassam Brigades attended by Ismail Haniyeh")."[171]

---

[168]    https://www.youtube.com/watch?v=EQexwWzGyNE Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "أعلنت حماس استشهاده في بيروت.. ("من هو الشهيد صالح العاروري؟" "Hamas announced his martyrdom in Beirut… Who is the martyr Saleh al-Arouri?") (last visited on July 14, 2025)

[169]    https://www.youtube.com/watch?v=DGVZ4_aJxdo Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: 15 عاما على استشهاد الشيخ أحمد ياسين ("15 years since the martyrdom of Sheikh Ahmed Yassin") (last visited on July 14, 2025)

[170]    https://www.youtube.com/watch?v=IYY9wsmgRgc Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "استشهاد الشيخ أحمد ياسين" ("The martyrdom of Sheikh Ahmed Yassin") (last visited on July 14, 2025)

[171]    https://www.youtube.com/watch?v=d3RlbZ9_960 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "مشهد مهيب لجنازة شهيدين من كتائب القسام بحضور إسماعيل هنيه" ("A solemn scene of the funeral of two martyrs from the Qassam Brigades attended by Ismail Haniyeh") (last visited on July 14, 2025)

141.    In separate features, AJMN refers to Ali Ghali and Jihad Ghanam, both commanders of the PIJ, as martyrs.[172] The title of a broadcasted funeral of a member of the PIJ military wing, Al-Quds Brigades, televised by AJMN, was "The funeral procession of a member of the Al-Quds Brigades who was martyred today in an Israeli strike on Khan Younis."[173]

142.    On multiple occasions in the current Israel-Hamas war in Gaza, Al Jazeera has shared Hamas videos of Hamas terrorists targeting IDF troops. The videos are sourced from Hamas, indicating their close coordination. One Facebook video Al Jazeera posted is captioned, "It includes destroying an Israeli tank from zero distance, targeting soldiers and seizing weapons. Scenes obtained by Al-Jazeera when the Al-Qassam Brigades said they were battles against the occupation army in Gaza City."[174]

143.    The logo for the "Al-Aqsa Flood," the term used by Hamas to describe their large-scale military operation against Israel, which began with the October 7 Terrorist Attacks, appears in the beginning of many Al Jazeera videos.[175]

---

[172]https://www.aljazeera.net/politics/2023/5/11/رابع-مسؤول-عسكري-يتم-اغتياله-خلال, Translated from Arabic using the "Translate" feature on https://www.aljazeera.net/politics/2023/5/11/رابع-مسؤول-عسكري-يتم-اغتياله-خلال, and reviewed by an individual proficient in Arabic. (last visited on July 14, 2025). https://www.aljazeera.net/videos/2023/5/10/تعرف-على-السير ة-الذاتية-للشهيد-جهاد Translated from Arabic using the "Translate" feature on https://www.aljazeera.net/videos/2023/5/10/تعرف-على-السير ة-الذاتية-للشهيد-جهاد, and reviewed by an individual proficient in Arabic (last visited on July 14, 2025).

[173]   https://www.youtube.com/watch?v=siBppeCnWeE, Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "تشييع جثمان عضو سرايا القدس استشهد اليوم في قصف للاحتلال على خان يونس" ("Funeral of a member of the Al-Quds Brigades who was martyred today in an Israeli bombing of Khan Yunis.") (last visited on July 14, 2025)

[174]   https://www.facebook.com/watch/?v=1520950348736846, Translated from Arabic using the "Translate" feature on https://www.facebook.com/watch/?v=1520950348736846, and reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[175]   https://www.facebook.com/watch/?v=6761749743952856 (last visited on August 25, 2024); https://www.facebook.com/watch/?v=551825507166222 (last visited on August 25, 2024); https://www.facebook.com/watch/?v=731927248429313 (last visited on August 25, 2024)

144.     Anas al-Sharif is a news reporter for Defendant AJMN (as referenced previously in this complaint).[176] On and after October 7, 2023, al-Sharif published multiple posts on his Telegram account praising and glorifying the October 7 Terrorist Attacks, promoting and encouraging further violence:



October 7, 2023: "Allahu Akbar, Praise be to God." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الله اكبر ولله الحمد").



October 7, 2023: "9 hours later and the heroes are still roaming around the country, killing and capturing... God, God, how great you are 💚💚💚." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "9 ساعات ولا زال الأبطال يجوسون خلال الديار يقتلون ويأسرون.. الله الله ما أعظمكم").

---

176     https://x.com/AnasAlSharif0?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor (last visited on August 27, 2024)



October 7, 2023: "God is great, God is great. Thousands of settlers flee the Gaza Strip." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "الله اكبر الله اكبر هروب الاف المستوطنين من غلاف غزة.").



October 7, 2023: "It is a jihad, a jihad of victory and martyrdom" (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "انه لجهادٌ جهاد نصراً واستشهاد")



October 7, 2023: "Photos of Israeli soldiers killed inside their military barracks in settlements and sites east of the Gaza Strip. (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "صور لقتلى من جيش الاحتلال داخل ثكناتهم العسكرية في مستوطنات ومواقع شرق قطاع غزة").

---

[177] *Id.*



October 09, 2023: Al-Sharif praises a Hamas terrorist: "The brave martyr, the hero who inflicted heavy casualties on the occupation soldiers, killing, wounding and capturing many: Salah Labad." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: " الشهيد البطل المقدام الذي أثخن في جنود الاحتلال وحقق من بينهم القتلى والجرحى والأسرى: صلاح لبد")



October 10, 2023: "#Ashdod is 40 kilometers from the Gaza Strip. A resistance operation took place there. In God's protection and care 💥 💚 🅿🆂." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic:

"#أسدود تبعد 40 كيلو متر عن قطاع غزة

حدثت عملية اقتحام للمقاومة هناك

في حفظ الله ورعايته 💥 🤍 🅿🆂"



October 11 and October 26, 2023: Al-Sharif posts violent pictures of dead Israeli soldiers being stepped on. "The army wants to exterminate people who are already under their boots 😉🔥." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: " الجيش بدو يبيد ناس هوا تحت بساطيرهم😉🔥 "



"Whenever you feel that morale is not good! Remember that we hit them on the head in the middle of their military positions." (Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "كل ما تشعر انه المعنويات مش تمام! تذكر انه خبطنا ع روسهم في نص مواقعهم العسكرية".)

October 11, 2023 (mourning the deaths of Hamas leaders): "May God's mercy and pleasure be upon them…The great leader Haj Zakaria Abu Muammar (Abu Ahmad), Member of the Political Bureau of the Movement – Khan Younis, and the great leader Haj Jawad Abu Shamala, Head of the Economic Department of the Movement."[178]

October 30, 2023: "A remarkable video from the heart of the battle being fought by our mujahideen against the enemy's fortified tanks and vehicles. This hero emerges despite the intensity of the fire and the scorched earth from shells and rockets. Perhaps this lion emerged after waiting for his prey for days. These are our heroes… May God protect them and guide their

---

[178] https://t.me/anas1020304050/23629?single Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "زكريا /الحاج الكبير القائد ..ورضوانه الله رحمه إلى "أبو معمر (أبو أحمد) عضو المكتب السياسي للحركة _ خانيونس والقائد الكبير الحاج/ جواد أبو شمالة رئيس الدائرة الاقتصادية للحركة" ("May God have mercy on him and grant him peace...the great leader Hajj Zakaria Abu Muammar (Abu Ahmed), member of the movement's political bureau in Khan Yunis, and the great leader Hajj Jawad Abu Shamala, head of the movement's economic department.") (last visited on July 14, 2025)

strikes."[179]

November 2, 2023: Al-Sharif prays for the Hamas fighters, "Do not forget the mujahideen in your prayers ✌🟢#Allah_is_our_protector_and_they_have_no_protector ⬛❌"[180] and praises Hamas as one of his own, "Servants of Ours, endowed with great might.  🟢"[181]

145.    Several other Al Jazeera reporters and presenters helped glorify the October 7 Terrorist Attacks:

Ghada Oueiss - On October 10, 2023, in response to President Biden's statement that Hamas "does not represent the aspirations of the Palestinian people," Al-Jazeera presenter Ghada Oueiss posted on X: "Seriously? Has brother [Biden] polled our opinion on this??"[182] further underscoring Al Jazeera's alignment with Hamas. Oueiss also shared on X a graphic depicting Israeli Prime Minister Binyamin Netanyahu as Hitler, and a cartoon showing him pushing a coffin wrapped in a Palestinian flag into a crematorium in Auschwitz.

_____

[179] https://t.me/anas1020304050/25460?fbclid=IwY2xjawDwg9RleHRuA2FlbQIxMAABHeawxgoVrHZ2FFa82y1_7Ve06iSipcXdzgn5EXYB7YfOeka5r7iruJZapw_aem_rpO2VZMpKQVS-uwmKg7RzQ Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "فيديو مميز من قلب المعركة التي يخوضها مجاهدونا مع دبابات وآليات العدو المحصنة... هؤلاء أبطالنا.. حماها الله وسدد ضرباتهم" ("A special video from the heart of the battle our mujahideen are waging against the enemy's fortified tanks and vehicles... These are our heroes... May God protect them and direct their blows.") (last visited on July 14, 2025)

[180]    https://t.me/anas1020304050/25542 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "لن تنسوا المجاهدين من دعواتكم #الله_مولانا_ولا_مولى_لهم" ("Do not forget the Mujahideen in your prayers. #Allah is our Master and there is no Master for them.") (last visited on July 14, 2025)

[181]    https://t.me/anas1020304050/25731 Translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "عباداً لنا أولي بأس شديد" ("""Our servants, possessors of great might."). (last visited on July 14, 2025)

[182] Israel Slated to Shut 'pro-Hamas' Network Al Jazeera run by Qatar (October 20, 2023) https://www.jpost.com/israel-news/article-769432 (last visited on March 20, 2025)



[183]

Rawaa Augé – On October 8, 2023, Al-Jazeera presenter Rawaa Augé justified the October 7 Terrorist Attacks on X: "An unjustified attack by Hamas? That is what the international community is saying. Perhaps the international community thinks that Israel has been besieging [Gaza] with rose trees and sending it tweeting birds, not UAVs and warplanes…"[184]

Ahmad Mansour - Al-Jazeera Presenter Ahmad Mansour shared a video on X glorifying Hamas operatives dragging two Israeli soldiers on the ground:



"This historic picture is worth as much as the hundreds of billions of dollars that the world's Zionists have invested in Israel in the last decades."[185]

Mansour also shared a video showing Hamas breaching the border fence with a bulldozer in preparation for its invasion of Israel:

---

[183] Presenters, Reporters From Qatar's Al-Jazeera Praise Hamas Attack, Celebrate Israel's Disaster (October 17, 2023), https://www.memri.org/reports/presenters-reporters-qatars-al-jazeera-praise-hamas-attack-celebrate-israels-disaster#_edn5, cross-referencing Twitter.com/ghadaoueiss, October 14, 2023

[184] Id., cross-referencing Twitter.com/Rawaak, October 8, 2023

[185] Id., cross-referencing Twitter.com/amansouraja, October 7, 2023



"The fence and fortifications did not help Israel in the least, because they fell away like cobwebs."[186]

In another post he wrote that the Israeli soldiers "were captured or killed, or ran away like frightened mice."[187]

146.    Even prior to the October 7 Terrorist Attacks, Al-Sharif glorified Hamas by posting pictures on his Telegram account of Hamas terrorists and referring to them as martyrs.[188] The IDF has uncovered documents in the Gaza Strip revealing that Al Jazeera journalist Al- Sharif is a Hamas operative, head of a rocket launching squad, and a member of a Nukhba Force company in Hamas's Nuseirat Battalion.[189]

---

[186] *Id.*

[187] *Id.*, cross-referencing Twitter.com/amansouraja, October 7, 2023

[188] https://t.me/anas1020304050/19318?fbclid=IwY2xjawDwjrJleHRuA2FlbQIxMAABHQAh84 CegahprnT1YQp4869BCQw9PFU5hDIwBc1MB5xVswGmWbHWr40i- A_aem_ZFQSV6t2TYXflge3iRyqqg translated from Arabic using Google Translate and reviewed by an individual proficient in Arabic. Original Arabic: "عاجل: استشهاد القسامي المجاهد علي الغول أثناء تصديه لقوات الاحتلال في مخيم جنين." ("Urgent: Qassam fighter Ali al-Ghoul was martyred while confronting the occupation forces in Jenin camp.") (last visited on July 14, 2025)

[189] IDF Claims Uncovered Documents Prove 6 Al Jazeera Journalists are Hamas, PIJ Operatives (October 23, 2024); https://www.timesofisrael.com/liveblog_entry/idf-claims-uncovered-documents- prove-6-al-jazeera-journalists-are-hamas-pij-operatives/

147.    Hisham Zaqout is an AJMN correspondent (as mentioned previously in this complaint).[190] He often refers to Hamas and PIJ terrorists who have perpetrated attacks as "martyrs."[191] In a July 2019 X post, Zaqout shared a picture of a man who diverted millions of dollars to Hamas and wrote, "Freedom for Muhammad Al-Halabi and for *our* brave prisoners in the occupation prisons."[192] (emphasis added). In July 2017, Zaqout posted a video on his Instagram account featuring the al- Qassam Brigades in the Hamas tunnels in Gaza, "For the first time after the war, a #Gaza camera inside the tunnels #AlJazeera."[193] The footage was filmed in a sensitive location, access to which is restricted and typically limited to individuals operating in close coordination with Hamas.

148.    Rami Saleim is an Al Jazeera correspondent who has similarly glorified Hamas and the PIJ on his social media accounts. Despite this, AJMN appears to have hired him.[194]

---

[190] https://ps.linkedin.com/in/hisham-zaqout-60959467 (last visited on August 27, 2024)

[191] https://x.com/hishamzaqout/status/1151865377569333248 Translated from Arabic using the "Translate" feature on Xand reviewed by an individual proficient in Arabic (last visited on July 14, 2025); https://x.com/hishamzaqout/status/1170723010275401728 Translated from Arabic using the "Translate" feature on Xand reviewed by an individual proficient in Arabic (last visited on July 14, 2025); https://www.instagram.com/p/CZufvbkqFvY/ Translated from Arabic using the "Translate" feature on Instagramand reviewed by an individual proficient in Arabic (last visited on July 14, 2025); https://x.com/hishamzaqout/status/987751946013507586 Translated from Arabic using the "Translate" feature on Xand reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[192] https://x.com/hishamzaqout/status/1148612096885690369 Translated from Arabic using the "Translate" feature on Xand reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[193] https://www.instagram.com/p/CPtgik6pDvn/ Translated from Arabic using the "Translate" feature on Instagramand reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[194] https://www.instagram.com/rami_saleim/ Translated from Arabic using the "Translate" feature on Instagram. (last visited on July 14, 2025)



"Together we sacrifice. Together we win." Rami Saleim continues to celebrate Hamas openly on his social media, even amidst his tenure at Al Jazeera. In July 2024, Saleim characterized Hamas's late senior leader Ismail Haniyeh in his Instagram caption as " سيد الشهداء," which commonly translates into the "Master of Martyrs."



195

149.    Ashraf Amra works for AJMN[196] and has posted images of youths in Gaza with weapons, captioning the post: "Liberation Youth Camps in Gaza."[197] In a 2017 Instagram

---

[195] https://www.instagram.com/reel/CFD33eumtd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==  Translated from Arabic using the "Translate" feature on Instagram and reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[196] Better Than A Tent: The Gaza Family Living In Ruins Of Their Bombed Home (November 20, 2023),    https://www.aljazeera.com/features/2023/11/20/better-than-a-tent-the-family-living-in-ruins-of-their-home-in-gaza (see byline)

[197]    https://www.instagram.com/p/5sYaVzwWbD/?hl=en (last visited on August 27, 2024); https://www.instagram.com/p/5sYMwwQWao/?hl=en (last visited on August 27, 2024); https://www.instagram.com/p/5sYXKIwWa4/?hl=en (last visited on August 27, 2024)

photograph of fighters from the PIJ, he refers to them as "Resistance."[198] Amra has also photographed Hamas launching incendiary balloons from Gaza into Israel and documented terrorists during training drills .[199] His apparent high standing with Hamas is evident through his close proximity to Sinwar, the former Hamas leader, and his ability to get Sinwar to pose for multiple photos.[200] In September 2023, Amra is seen in a photograph with Ismail Haniyeh after sustaining a hand injury caused by the IDF.[201] He shared the following photo on Instagram of members of the al-Qassam Brigades taking part in a military drill in Gaza:



[202]

---

[198]    https://www.instagram.com/p/BXnVdmtAIhg/?hl=en    Translated from Arabic using the "Translate" feature on Instagramand reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[199] https://www.instagram.com/p/CBVbUHsJtdz/?hl=en&img_index=1 (last visited on August 27, 2024); https://www.instagram.com/p/CTZzdSGNsGE/?hl=en&img_index=1 (last visited on August 27, 2024)

[200] https://www.instagram.com/p/CPggHfvHR6i/?hl=en&img_index=6; (last visited on September 24, 2024) https://www.instagram.com/p/CPggHfvHR6i/?hl=en&img_index=10 (last visited on September 24, 2024)

[201]    https://palinfo.com/news/2023/09/23/851334/    Translated from Arabic using the "Translate" feature on https://palinfo.com/news/2023/09/23/851334/and reviewed by an individual proficient in Arabic (last visited on July 14, 2025)

[202]    https://www.instagram.com/p/BgwH0vGBN62/?hl=en (last visited on August 27, 2024); see also PFLP photos https://www.instagram.com/p/BdCwAqGBxGS/?hl=en (last visited on August 27, 2024) and https://www.instagram.com/p/Bdz1VIlBbuG/?hl=en (last visited on August 27, 2024)

On October 7, 2023, Amra excitedly relayed his experiences of the October 7 Terrorist Attacks[203] and photographed the events of that day.



Palestinians [*sic*] groups break over a fence with the help of a digger as the clashes between Palestinian groups and Israeli forces continue in Gaza City, Gaza on Oct. 7, 2023. Photo: Ashraf Amra/Anadolu Agency via Getty Images.[204]

150.    Youmna El Sayed is an Al Jazeera English Correspondent. In April 2022, she broadcasted from a terrorist press conference for the PIJ.[205] On the morning of October 8, 2023, following the October 7 Terrorist Attacks, she posted on her X account, "It's been such an extraordinary day! This is all I could post from yesterday's coverage, please do follow me for more updates on Al Jazeera English."[206] Hind Osama Al Khoudary has been reporting for Al Jazeera English since October 7, 2023.[207] She had previously revealed her alignment with Hamas on social media, yet AJMN still hired her.

---

[203] https://www.youtube.com/watch?v=2AlM_ZmTwuw (last visited on March 11, 2025)

[204] U.S. House to View Hamas Attack Footage and Receive Israel Briefing, November 9, 2023, https://www.axios.com/2023/11/10/us-house-israel-briefing-hamas-attack-footage-viewing

[205] https://x.com/YoumnaElSayed17/status/1520212744103989250 (last visited on August 27, 2024)

[206] https://x.com/YoumnaElSayed17/status/1710942027368591522 (last visited on August 27, 2024)

[207] https://en.wikipedia.org/wiki/Hind_Khoudary (last visited on August 27, 2024)



"When we say #WeStandWithTheResistance, it means that we support its decisions in starting war, defense, or maintaining calm. We trust it because it knows the field conditions better than us, and it has never let us down before. We witness that it has returned stronger each time despite the blockade of its supplies, the assassination of its leaders, and attacks from sharp-tongued critics and those of short patience. #Gaza"[208]

Despite Khoudary's overt alignment with Hamas shared publicly on May 12, 2023, Al Jazeera employed her months later.

151.    Al Jazeera has repeatedly disseminated videos produced by Hamas depicting terrorist attacks, often publishing such material before any official sources release similar content.[209] This pattern of publication effectively amplifies and legitimizes Hamas's acts of violence, thereby contributing to the incitement of further terrorist activity and advancing Hamas's operational goals.

152.    Even before the October 7 Terrorist Attacks, Hamas has historically praised Al Jazeera's glorification of Hamas. In May 2021, former Hamas leader Yahya Sinwar praised Al

---

[208] https://x.com/EFischberger/status/1775915905194619046 (last visited on August 27, 2024)

[209] https://x.com/JoeTruzman/status/1782063141511385194 (last visited on August 26, 2024) (Showing footage obtained by Al-Jazeera of a shooting attack carried out by members of Hamas in the West Bank.)

Jazeera for being "the best pulpit to give the accurate voice to our position."[210] In June 2021, Hamas officials presented Al Jazeera with an award for its "high level of nationalism."[211] Hamas deputy chief Khalil al-Hayya told Al Jazeera reporters that they "demonstrated their belonging to the cause of the oppressed Palestinian people."[212]

153.    Al Jazeera anchorman Jamal Rayyan, considered one of the network's icons, joined Al Jazeera in 1996.[213] On the first anniversary of the October 7 Terrorist Attacks, Rayyan posted on his X account, which has over two million followers, in support of the "resistance" and urged Arab countries to back it, even if done "secretly."[214] He pinned an image on his account showing rockets, resembling fireworks, launching from the Dome of the Rock in Jerusalem, with a glowing number 7 in the center, celebrating the October 7 Terrorist Attacks. In the caption, Rayyan wrote, "This is the day that restored the nation's dignity and prestige."[215]

154.    Also, on the first anniversary of the October 7 Terrorist Attacks, AJMN aired a so-called "comedic" sketch on its streaming platform, Al Jazeera 360, accessible in the U.S., which mocked the October 7 Terrorist Attacks and trivialized the violence. In the sketch, Hamas terrorists are depicted as non-violent, breaking into an Israeli base and gently abducting an Israeli soldier.

---

[210] Hamas Leader In Gaza Yahya Al-Sinwar Salutes Al-Jazeera TV, Iran, And Yasser Arafat, Adds: We Have 10,000 'Martyrdom-Seekers' Within Israel; Our Missile Capability Remains Intact, Can Hit Tel Aviv With A 250-Rocket Salvo; We Have 500 KM Of Tunnels In The Gaza Strip (May 27, 2021), https://www.memri.org/reports/hamas-leader-gaza-yahya-al-sinwar-salutes-al-jazeera-tv-iran-and-yasser-arafat-adds-we-have

[211] Hamas Honors Al Jazeera For 'Highly Professional' Coverage Of Gaza Conflict (June 10, 2021), https://www.timesofisrael.com/hamas-hands-al-jazeera-award-for-highly-professional-coverage-of-gaza-conflict/

[212] Id.

[213] https://network.aljazeera.net/en/profile/presenters/jamal-rayyan (last visited on October 7, 2024)

[214] Senior Al Jazeera Anchor Hails Oct. 7 Massacre as 'day that restored nation's dignity' (October 7, 2024), https://www.timesofisrael.com/liveblog_entry/senior-al-jazeera-anchor-hails-oct-7-massacre-as-day-that-restored-nations-dignity/

[215] Id.

The soldier offers no resistance and instead addresses the camera, discussing a fictional "Apricot Dome" defense system.[216] By making a mockery of the attacks, Al Jazeera downplayed the brutality of Hamas and undermined the gravity of the violence inflicted during the October 7 Terrorist Attacks.

155.     Since the October 7 Terrorist Attacks, Al Jazeera has promoted Hamas by censoring and silencing Gazan criticism of Hamas. AJMN reporters often cut off interviews and broadcasts, dismissing contrary opinions when Gazan citizens criticize Hamas.[217] This selective reporting not only incites support for Hamas but also reinforces a narrative that stifles dissent and legitimizes extremist actions. "Al Jazeera's reluctance to broadcast criticism of Hamas may be seen as part of this alliance between the Qatari mouthpiece and the terrorist group."[218]

156.     During a November 5, 2023, live broadcast on Al Jazeera Network (Qatar) from Gaza, an elderly wounded man criticized Hamas for hiding among the civilian population. He said, "As for the resistance – they come and hide among the people. Why are they hiding among the people? They can go to Hell and hide there."[219] Al Jazeera reporter Ashraf Abu Amra immediately

---

[216]https://x.com/EFischberger/status/1841925333408195001?ref_src=twsrc%5Etfw%7Ctwcamp %5Etweetembed%7Ctwterm%5E1841925333408195001%7Ctwgr%5E4e8b4eeb284606cfda49f3f8fedb6 9ac98d07284%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fwww.jpost.com%2Fomg%2Farticle-823209 (last visited on October 9, 2024)

[217]   https://www.memri.org/tv/elderly-wounded-man-gaza-hospital-criticize-hamas-kicks-jazeera-reporter (last visited on August 28, 2024); 'May Allah reckon with you': Al Jazeera caught censoring Gazan criticism for Hamas (June 16, 2024) https://www.jpost.com/middle-east/article-806444

[218] 'May Allah reckon with you': Al Jazeera caught censoring Gazan criticism for Hamas (June 16, 2024) https://www.jpost.com/middle-east/article-806444

[219]   https://www.memri.org/tv/elderly-wounded-man-gaza-hospital-criticize-hamas-kicks-jazeera-reporter (last visited on August 28, 2024)

cut off the man's criticism of Hamas, and the man kicked him.[220] Ashraf Abu Amra continues to work for Al Jazeera.[221]

157.    During an Al Jazeera interview on January 27, 2025, with a Palestinian returning to northern Gaza following a ceasefire agreement between Israel and Hamas, the Al Jazeera reporter cut off the man when he started criticizing Hamas. Before being cut off, the man can be heard telling the Al Jazeera reporter that hopefully Hamas-backed thieves did not loot his house.[222]

158.    Materials seized by the IDF, the Shin Bet, and the IDF Intelligence Directorate include internal documents evidencing direct communications between senior Hamas officials in Gaza and Al Jazeera producers, revealing a coordinated effort to shape media narratives surrounding the October 7 Terrorist Attacks.[223] On January 24, 2025, AJMN aired a special documentary episode of its investigative program *What Is Hidden Is Greater* (ما خفي أعظم), which framed the October 7 Terrorist Attacks through the lens of Hamas's military wing. The documentary included never-before-released exclusive footage provided by Hamas's Izz Al-Din Al-Qassam Brigades and featured interviews with Hamas field commanders, rare footage of Mohammed Deif, and scenes of Yahya Sinwar walking freely in Rafah. The episode echoed Hamas's so-called "victory narrative," amplified its false claim that the attacks targeted only the IDF, and provided a platform for Hamas's justification of the massacre.[224]

---

[220] *Id.*

[221] https://www.aljazeera.com/author/ashraf-amra  (last visited on July 14, 2025)

[222] Widely Shared Clip Shows Al Jazeera Cutting Off Palestinian Criticizing Hamas (January 28, 2025), https://www.timesofisrael.com/liveblog_entry/widely-shared-clip-shows-al-jazeera-cutting-off-palestinian-criticizing-hamas/

[223] Inside Hamas' Propaganda Machine: How Al Jazeera Aided October 7 Misinformation (February 13, 2025), https://www.jpost.com/middle-east/article-842041

[224] *Id.*



159.    During the ceasefires in the war in Gaza, during which Hamas released Israeli hostages, AJMN served as a platform to reinforce Hamas's terrorist narrative. On January 30, 2025, Al Jazeera aired footage of the Hamas-staged release of hostages Arbel Yehoud, Agam Berger, and Gadi Mozes. Masked Hamas gunmen are seen escorting the hostages in a carefully orchestrated scene "that Hamas has framed as a public relations victory" designed "to reinforce Hamas' narrative of strength and control."[226]

**Historical Bans on Al Jazeera for Incitement to Violence**

160.    Historically, several countries have taken steps to block or restrict Al Jazeera due to its ties with terrorist organizations.  For example:

---

[225]Al-Jazeera Documentary On Hamas Military Commanders During The War Includes Exclusive Footage Provided By Al-Qassam Brigades Of Muhammad Deif, Yahya Sinwar, Interview With Military Leader Izz Al-Din Al-Haddad, https://www.memri.org/tv/jazeera-doc-hamas-military-commanders-oct7-deif-sinwar-izz-al-din-al-haddad
[226] Is Al Jazeera a Mouthpiece for Hamas? (January 31, 2025), https://www.ynetnews.com/article/symtde5ujl

In 2008, Israel imposed sanctions on Al Jazeera, accusing it of inciting violence through its support for Hamas. Israel's deputy foreign minister, Majalli Whbee, said, "We have seen that Al-Jazeera has become part of Hamas . . . taking sides and cooperating with people who are enemies of the state of Israel."[227]

In 2013, Egypt banned Al Jazeera, accusing it of supporting the Muslim Brotherhood, Hamas's predecessor.[228]

In 2017, Al Jazeera was banned in Saudi Arabia when Saudi Arabia cut ties with Qatar, accusing it of supporting terrorism and promoting regional unrest through Al Jazeera.[229]

In connection with the 2017 boycott of Qatar, Saudi Arabia, the United Arab Emirates, Bahrain, and Egypt sent Qatar a demand to shut down Al Jazeera.[230]

Israel and Jordan also joined in the 2017 boycott of Al Jazeera.[231]

In 2017, Egypt blocked Al Jazeera because it was "supporting terrorism."[232]

---

[227] Israel to Impose Sanctions on Arab TV Station Al-Jazeera (Published March 12, 2008, Updated January 14, 2015), https://www.foxnews.com/story/israel-to-impose-sanctions-on-arab-tv-station-al-jazeera

[228] Egyptian Court Orders Closure of Al-Jazeera Affiliate (September 3, 2013) https://www.theguardian.com/media/2013/sep/03/egypt-shut-down-al-jazeera

[229] Saudi Arabia Bans Al Jazeera Channels in Hotels (June 9, 2017), https://www.aljazeera.com/news/2017/6/9/saudi-arabia-bans-al-jazeera-channels-in-hotels

[230] Qatar Told to Close Al Jazeera, Reduce Iran Ties in List of Demands (July 27, 2024) https://www.cnn.com/2017/06/23/middleeast/gulf-nations-qatar-demands/index.html

[231] Israeli Government Moves to Impose Ban on Al-Jazeera News Network (August 6, 2017) https://www.theguardian.com/world/2017/aug/06/israeli-government-impose-ban-al-jazeera-news-network; Jordan Revokes Al-Jazeera License Amid Qatar Tensions (June 6, 2017) https://cpj.org/2017/06/jordan-revokes-al-jazeera-license-amid-qatar-tensi/

[232] Egypt Blocks Access to News Websites Including Al-Jazeera and Mada Masr (May 25, 2017) https://www.theguardian.com/world/2017/may/25/egypt-blocks-access-news-websites-al-jazeera-mada-masr-press-freedom

"Al Jazeera's reporting has previously drawn accusations of inciting terrorism from the governments of Saudi Arabia, Egypt, the United Arab Emirates, and Bahrain."[233]

161.    A report by a team of U.S. and Israeli intelligence professionals regarding Qatar's facilitation of the October 7 Terrorist Attacks contends that "Qatar's influential Al Jazeera Network not only maintains an editorial policy backing these outlawed groups, but it also provides them platforms (including special programming, interviews, social media feeds, etc.) through which to push the Muslim Brotherhood's political platform."[234] In a leaked audio recording of a conversation, Qatar's former Prime Minister, Sheikh Hamad bin Jassim, told the late Libyan dictator Muammar Gaddafi that AJMN is controlled by the Muslim Brotherhood.[235]

162.    Besides providing platforms to push the agenda of the Muslim Brotherhood–Hamas's predecessor, Al Jazeera has also historically supported the Muslim Brotherhood materially. In 2013, after Egypt ousted Muslim Brotherhood leader President Mohamed Morsi and banned Al Jazeera, many high-ranking Muslim Brotherhood officials fled to Qatar, where they lived in hotel suites financed by Al Jazeera.[236]

163.    Following the October 7 Terrorist Attacks, U.S. Secretary of State Antony Blinken asked Qatar to moderate Al Jazeera's coverage of Israel's war against Hamas amid concerns within

---

[233] US Asks Qatar To 'Turn Down The Volume' Of Al Jazeera News Coverage (Oct 27, 2023) https://www.theguardian.com/media/2023/oct/27/us-asks-qatar-to-turn-down-the-volume-of-al-jazeera-news-coverage

[234] Intel Report: Qatar's Funding, Policies Led Directly to Oct. 7; It Shouldn't Be Key Mediator (April 8, 2024), https://www.timesofisrael.com/intel-report-qatars-funding-policies-led-directly-to-oct-7-it-shouldnt-be-key-mediator/

[235] https://x.com/AlArabiya_Eng/status/1275575361162665986 (last visited on March 24, 2025)

[236] Report: Al Jazeera Paying for Exiled Muslim Brotherhood Leaders' Hotel Rooms (November 6, 2013), https://freebeacon.com/national-security/report-al-jazeera-paying-for-exiled-muslim-brotherhood-leaders-hotel-rooms/

the Biden administration that Al Jazeera is inflaming public opinion and heightening the risks of a wider conflict.[237]

164.    On May 5, 2024, Israeli Prime Minister Benjamin Netanyahu's Cabinet unanimously voted to close the "incitement" channel Al Jazeera in Israel; Netanyahu said in a statement that "it's time to remove the Hamas mouthpiece from our country."[238] On June 13, 2024, the Tel Aviv District Court renewed the ban on Al Jazeera stating that "Al Jazeera is perceived by the terrorist organization Hamas as its propaganda and intelligence arm."[239]

165.    Northwestern has a branch in Qatar and previously signed a Memorandum of Understanding with Al Jazeera in 2013, which strengthened their ties. In May 2024, The Coalition Against Anti-Semitism at Northwestern released a report urging Northwestern to sever ties with Al Jazeera "for the moral reason that it is aiding and abetting the mouthpiece of Hamas, thereby endangering Israelis as victims of Hamas atrocities and Gazan civilians who are cynically used as human shields."[240] In July 2024, Northwestern University cut ties with Al Jazeera.[241]

166.    During *Operation Rising Lion*—Israel's military response to Iranian aggression following the October 7 Terrorist Attacks, which began with strikes on Iranian nuclear and military

---

[237] US Asks Qatar to 'Turn Down the Volume' Of Al Jazeera News Coverage (October 27, 2023), https://www.theguardian.com/media/2023/oct/27/us-asks-qatar-to-turn-down-the-volume-of-al-jazeera-news-coverage

[238] Israel Orders Al Jazeera To Close Its Local Operation And Seizes Some Of Its Equipment (May 5, 2024), https://apnews.com/article/israel-aljazeera-hamas-gaza-war-eba9416aea82f505ab908ee60d1de5e4

[239] 'May Allah Reckon With You': Al Jazeera Caught Censoring Gazan Criticisms for Hamas (June 16, 2024), https://www.jpost.com/middle-east/article-806444

[240] Northwestern University Quietly Ends Relationship with Al Jazeera: EXCLUSIVE (October 8, 2024), https://www.campusreform.org/article/northwestern-university-quietly-ends-relationship-al-jazeera-exclusive/26509

[241] *Id.*

sites on June 13, 2025—the Israel Police prohibited Al Jazeera from filming the aftermath of Iranian missile strikes in Israel. Israeli authorities determined that broadcasting footage of impact sites could provide Iran with sensitive operational intelligence to improve the precision of future attacks, thereby posing a direct threat to civilian and national security.[242]

**The October 7 Terrorist Attacks**

167.    On October 7, 2023, approximately 6,000 Hamas and PIJ terrorists from Gaza launched a coordinated cross-border attack into Israel by land, air, sea, and tunnels, murdering over 1,200 people—including Israeli, United States, and other foreign civilians—many of whom were burned alive, raped, tortured, or mutilated.

168.    Terrorists breached Israel's southern security fence and descended upon communities and civilian sites, including the Supernova music festival near Kibbutz Re'im, where over 350 attendees were massacred. Victims were hunted, raped, executed, and abducted to Gaza.

169.    Videos of the hostages, especially young women, being paraded through the streets of Gaza, jeered at, and physically assaulted by frenzied mobs were globally broadcast—including via Al Jazeera—and widely shared on social media. On the day of the attacks, Hamas leaders, including Ismail Haniyeh, watched Al Jazeera's coverage and prostrated in gratitude.[243]

170.    Hamas's primary objectives included mass murder, sexual violence, and the abduction of civilians and soldiers in order to utilize them as hostages and bargaining chips to compel Israel to release convicted Palestinian prisoners held in Israeli prisons.

---

[242] Israel Police Stop Al Jazeera From Illegally Filming Sites of Missile Hits (June 19, 2025), https://www.jpost.com/israel-news/defense-news/article-858274

[243] "In Video, Ismail Haniyeh And Other Hamas Leaders Watch Al-Jazeera Coverage Of Hamas's Invasion Of Southern Israel, Perform A 'Prostration Of Gratitude'" (October 07, 2023), https://www.memri.org/tv/video-ismail-haniyeh-hamas-leader-qatar-jazeera-coverage-israel-invasion (last visited on October 30, 2024)

171.    Though orchestrated by Hamas, other groups such as the PIJ also participated in the attacks. In total, more than 1,200 civilians were killed, hundreds taken hostage, and entire communities in southern Israel devastated.

172.    Hamas-led terrorists, some disguised in Israeli uniforms, committed atrocities including beheadings, arson, lighting bodies on fire, looting, and road ambushes, while looting homes and businesses, and attacking schools, ambulances, medical facilities, and shelters., and medical facilities.

173.    Israeli intelligence reports confirm that Hamas spent years preparing the attack, meticulously planning the cross-border infiltration, mass abduction, and the documentation and publication of graphic propaganda to maximize psychological impact.

174.    The October 7 attacks were the deadliest massacre of Jews since the Holocaust. President Biden described the events as "pure unadulterated evil," comparing Hamas's actions to ISIS and condemning the brutal killing of infants, families, and festivalgoer."[244]

175.    Restoring order and a measure of stability to the communities devastated during the October 7 Terrorist Attacks took more than a week.

176.    Even after being abducted to Gaza, many of the hostages were subsequently murdered by their captors or died as a result of injuries they had sustained on October 7, or from being subjected to poor health conditions in the Hamas prison tunnels.

177.    The attacks and the ensuing war were widely publicized, generating global attention and support for Hamas's agenda among its sympathizers. Hamas and the PIJ required substantial media amplification and ideological support to carry out and justify the October 7 Terrorist Attacks

---

[244] https://www.youtube.com/watch?v=BEX_vUkKLMo (last visited on February 7, 2025)

and their aftermath. Defendants knowingly facilitated this support, serving as a critical propaganda platform that incited violence and advanced these terrorist groups' objectives.

### A.  *Shnaider Plaintiff: Murdered Family, Kidnapped Mother, Father, and Two Children—October 7, 2023*

178.    At 6:30 AM on October 7, 2023, more than 150 Hamas and PIJ terrorists infiltrated Kibbutz Nir Oz and committed horrific atrocities. Nearly 50 of the Kibbutz's 400 residents were horrifically murdered, about 70 hostages were taken, and many homes were burned.

179.    Plaintiff Maurice Shnaider's sister, Margit Silverman, and her husband were murdered. The couple was initially assumed missing, as they were last seen being abducted from their home. But their bodies were later identified on October 21, 14 days later.

180.    Margit's son-in-law, Maurice Shnaider's nephew-in-law, Yarden Bibas, was beaten and forcibly kidnapped from his home by Hamas into Gaza. A Hamas video was circulated of Yarden Bibas with blood around his head, surrounded by Hamas terrorists. As part of a ceasefire agreement with Israel, Hamas released Yarden Bibas on February 1, 2025, after he had spent 484 days in captivity. While hostage, Yarden endured extreme torture, including starvation, beatings, and isolation, rarely seeing sunlight.

181.    Separately, Margit's daughter, Maurice Shnaider's niece, Shiri Bibas, was taken hostage by Hamas into Gaza with her baby Kfir (9 months old at the time) and child Ariel Bibas (4 years old at the time). A video filmed by Hamas terrorists was widely circulated with Shiri holding both boys in her arms. She looked terrified and was clearly trying to protect her babies with her body.

182.    On November 29, 2023, as part of ongoing psychological warfare, Hamas claimed Shiri Bibas and her two babies were killed but never provided any proof of death. On February 20, 2025, as part of the ceasefire agreement, Hamas initially returned three bodies they claimed to be

Shiri, Ariel, and Kfir. As part of the ongoing psychological warfare, one of the bodies Hamas delivered—purportedly that of Shiri—was not her. The following day, Hamas returned the correct body of Shiri. The release ceremony itself was disturbing, with Hamas terrorists and their children cheering and celebrating as they paraded the bodies of the dead, including that of baby Kfir. The display was intended to humiliate the victims and their families further.

183.    Plaintiff, Maurice Shnaider, is devastated and traumatized by the murder of his sister and brother-in-law, the agonizing waiting period he endured until he received confirmation of their murder, the horrific abduction and prolonged captivity of his niece, nephew-in-law, and great-nephews, and the subsequent confirmation of their deaths. He was further traumatized by the humiliating circumstances surrounding the release of their bodies—including the initial delivery of a false body purported to be his niece by Hamas—and the final confirmation of the deaths of his niece and great-nephews. Maurice is one of the few remaining living close relatives of Margit, Yossi, Shiri, and Shiri's children.

184.    As a direct result of the October 7 Terrorist Attacks and their aftermath, including a coordinated and continuing campaign of terrorism, Plaintiff Maurice Shnaider, a United States citizen, has suffered severe emotional, psychological, and economic injuries.

### B.    *Lubin Plaintiff: Terrorist Stabbing—November 6, 2023*

185.    On the morning of October 7, 2023, Rose Ida Lubin, decedent, was off duty on Kibbutz Sa'ad at the home of her adopted family for the holiday of *Simhat Torah.* When Hamas and PIJ terrorists broke into the kibbutz, Rose grabbed her weapon and fought the terrorists. She fought fiercely throughout the day until she was called back to Jerusalem and ordered to assume her duties with the Israeli Border Police.

186.    On the morning of November 6, 2023, decedent Sergeant Rose Ida Lubin, who was serving in the Israel Border Police, was patrolling near Herod's Gate, outside Jerusalem's Old City. While patrolling, Rose Ida Lubin and another officer were attacked and stabbed by the young terrorist.

187.    Decedent Rose Ida Lubin was treated on site by Magen David Adom paramedics and then rushed to Hadassah-University Medical Center in Jerusalem for treatment, where she succumbed to her injuries and died.

188.    Having survived the October 7 Terrorist Attacks, Decedent Rose Ida Lubin was tragically murdered in an extrajudicial killing by a terrorist from, or supported by, Hamas, in the aftermath of the October 7 Terrorist Attacks, as part of a coordinated and continuing campaign of terrorism.

189.    The heirs and the beneficiaries of the Estate of Rose Ida Lubin have suffered severe economic, psychological, and emotional injuries as a result of the terrorist attack. Plaintiffs Hal Davin Lubin and Robin Lynn Lubin, United States citizens, suffered severe economic, emotional, and psychological injuries as a result of the terrorist attack in which their daughter was killed.

C.    *Haber Plaintiff: Killed in Action—January 16, 2024*

190.    Decedent Zachary Philip Haber was serving in the IDF when he was killed in an extrajudicial killing at the hands of Hamas terrorists in the aftermath of the October 7 Terrorist Attacks.

191.    The heirs and beneficiaries of the Estate of decedent Zachary Philip Haber suffered severe economic, emotional and psychological injuries as a result of the Hamas terrorist attack in which decedent Zachary Philip Haber was killed. Plaintiff Talia Zahava Friedman, a United States

citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which her husband was killed.

### D.    *Kelmanson Plaintiff: Injured—October 7, 2023*

192.    With the outbreak of the surprise attack on Israel on October 7, 2023, Menachem Kelmanson joined his brother Elhanan and set out to help the residents of the Israeli communities next to the Gaza strip that were under attack by hundreds of Hamas and PIJ terrorists. Later Itiel Zohar, their sister's son, joined them. The three rescued about a hundred Kibbutz members from Kibbutz Beeri. During the rescue, Elhanan was shot and killed by the terrorists. Menachem was injured.

193.    As a direct result of the October 7 Terrorist Attacks, Plaintiff Ayelet Nehama Newman-Kelmanson suffered severe emotional, psychological, and economic injuries arising from the near-fatal injuries inflicted on her husband and the brutal murder of her brother-in-law. She continues to endure profound trauma and distress stemming from these acts of terrorism and the continuing campaign of terrorism that followed.

### E.    *S.B. Plaintiff: Car Ramming Terror Attack in Ra'anana—January 15, 2024*

194.    At around 1:30 pm on January 15, 2024, two terrorists from, or supported by, Hamas stole several vehicles and began ramming and stabbing pedestrians in multiple locations around the city of Ra'anana.

195.    That afternoon, Plaintiff S.B. was waiting for his bus home at the bus stop after school. Suddenly, one of the terrorists intentionally drove his car onto the sidewalk aiming for the group of people waiting for the bus.

196.    S.B. was hit by the car and was taken to the hospital where he received treatment for a severe foot injury. Months later, S.B. is still receiving physical therapy for his injuries and has suffered emotionally.

197.    S.B. was injured by a terrorist from, or supported by, Hamas in the aftermath of the October 7 Terrorist Attacks, as part of a coordinated and continuing campaign of terrorism.

198.    Plaintiff S.B., a minor and United States citizen, suffered severe physical, psychological and emotional injuries as a result of the Hamas-supported terrorist attack.

### F.    *Mizrachi Plaintiff: Nova Music Festival Massacre—October 7, 2023*

199.    Decedent Ben Menashe Mizrachi, a former medic in the IDF, was participating in the weekend long Supernova Rave music festival at Kibbutz Re'im ("Nova Music Festival") on Friday night, October 6, 2023.

200.    At 6:30 am, the following morning, rockets were observed flying above the festival and, soon after, Hamas and PIJ terrorists began infiltrating and attacking the revelers on the festival grounds.

201.    Decedent Ben Menashe Mizrachi and his close friend, decedent Itai Bausi, were blocked by Hamas and PIJ terrorists. Despite having no weapons or ammunition and instead of seeking shelter, Ben Menashe Mizrachi chose to stay and utilize his medical knowledge to help care for the wounded and was eventually shot in the head by the terrorists.

202.    The heirs and beneficiaries of the Estate of Ben Menashe Mizrachi suffered severe economic, emotional and psychological injuries as a result of the October 7 Terrorist Attacks in which decedent Ben Menashe Mizrachi was killed. Plaintiff Dikla Mizrachi, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which her son Ben Menashe Mizrachi, a United States citizen, was killed.

### G. *Nahamias Plaintiff: Terrorist Invasion in Sderot and Netiv Ha'asara—October 7, 2023*

203.    Decedent Chen Nahamias, the brother of Orit Nahamias, was called to assist his counterterrorism unit in the IDF on the morning of October 7, 2023, in Sderot, Israel, and was subsequently killed in an extrajudicial killing by Hamas terrorists.

204.    When the decedent Chen Nahamias arrived in Sderot, he was met by an intense onslaught of Hamas terrorists, who had begun infiltrating from Gaza into the city. Despite being shot twice by the infiltrating Hamas terrorists, decedent Chen Nahmias continued to shoot back at the terrorists until he had lost all his ammunition. After firing all of his ammunition, Chen Nahmias collapsed and died from his bullet wounds.

205.    Plaintiff Orit Nahamias suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which her brother was killed, as well as from the terror invasion into the Plaintiff's own town of Netiv Ha'asara, which also occurred on the morning of October 7, 2023.

### H. *Sharabi Plaintiff: Terrorist Invasion in Sderot—October 7, 2023*

206.    Plaintiff Yinon Sharabi is a resident of Sderot, Israel.

207.    On October 7, 2023, Yinon Sharabi, alongside his wife and children, found himself in the midst of a terrorist invasion of his town. The Hamas attackers had entered the city, overwhelmed the police and security officials, and were shooting residents in the street, their homes, and the shelters where they had fled.

208.    In his terrifying and extreme efforts to save his family, Plaintiff Yinon Sharabi suffered severe economic, psychological and emotional injuries as a result of the October 7 Terrorist Attacks.

### I. *Wachs Plaintiffs: Terrorist Invasion in Netiv Ha'asara—October 7, 2023*

209.    Decedent Igal Wachs was a member of the community's volunteer security team in the village of Netiv Ha'asara, Israel.

210.    On the morning of October 7, 2023, Igal Wachs and other members of the security team were horrifyingly notified that Hamas terrorists were invading their village.

211.    Decedent Igal Wachs quickly went to help defend the village against the Hamas terrorists who were armed with automatic weapons, grenades, RPGs, and knives. Tragically, Igal was brutally killed in an extrajudicial killing by Hamas terrorists.

212.    The heirs and beneficiaries of the Estate of decedent Igal Wachs suffered severe economic, emotional and psychological injuries as a result of the October 7 Terrorist Attacks in which decedent Igal Wachs was killed. Plaintiff Liat Oren Wachs, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which her husband was killed. Plaintiff J.W., a United States citizen and minor, suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which his father was killed.

### J.        *Merkin Plaintiff: Car Ramming Terror Attack in Ra'anana—January 15, 2024*

213.    At around 1:30 pm on January 15, 2024, two terrorists from, or supported by, Hamas stole several vehicles and began ramming and stabbing pedestrians in multiple locations around the city of Ra'anana.

214.    At around 1:40 pm, Plaintiff I.T.M. was waiting at the bus stop for his bus home from school, at the intersection of Ahuza Street and Jerusalem Street in Ra'anana, when one of the terrorists rammed his car into the group waiting at the stop. Plaintiff I.T.M. was struck by the terrorist's car and flung into the air.

215.    Plaintiff I.T.M. lost consciousness, suffered severe injuries, and has not been able to return to usual physical activities.

216.    I.T.M. was injured by terrorists from, or supported by, Hamas in the aftermath of the October 7 Terrorist Attacks, as part of a coordinated and continuing campaign of terrorism.

217.    Plaintiff I.T.M., a United States citizen, suffered severe physical, psychological, and emotional injuries as a result of the Hamas-supported terrorist attack. Plaintiff Nicholas Albert Merkin, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas-supported terrorist attack in which his minor child, I.T.M. was injured.

### K.        *Kamer Plaintiff: Car Ramming Terror Attack in Ra'anana—January 15, 2024*

218.    At around 1:30 pm on Jan 15, 2024, two terrorists from, or supported by, Hamas stole several vehicles and began ramming and stabbing pedestrians in multiple locations around the city of Ra'anana.

219.    That afternoon, Plaintiff N.E.K. was waiting for his bus home at the bus stop after school. Suddenly, one of the terrorists intentionally drove his car onto the sidewalk aiming for the group of people waiting for the bus. Plaintiff N.E.K. was hit by the car.

220.    Plaintiff N.E.K. sustained critical injuries to his head and spinal cord and doctors fought to save his life. N.E.K. has not been able to return to usual physical activities.

221.    Plaintiff N.E.K. was injured by a terrorist from, or supported by, Hamas in the aftermath of the October 7 Terrorist Attacks, as part of a coordinated and continuing campaign of terrorism.

222.    Plaintiff N.E.K. suffered severe physical, psychological, and emotional injuries as a result of the Hamas-supported terrorist attack. Plaintiff Allen Samuel Kamer, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas-supported terrorist attack in which his minor child, N.E.K. was injured.

### L.    *Hexter Plaintiff: Killed in Action—January 8, 2024*

223.    Decedent Yakir Hexter was serving in the IDF when he was killed in an extrajudicial killing at the hands of Hamas terrorists in the aftermath of the October 7 Terrorist Attacks.

224.    The heirs and beneficiaries of the Estate of decedent Yakir Hexter suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which Yakir Hexter was killed. Plaintiff Joshua Seth Hexter, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which his son was killed.

### M.    *Gitler Plaintiff: Killed in Action—January 8, 2024*

225.    Decedent David Schwartz was serving in the IDF when he was killed in an extrajudicial killing at the hands of Hamas terrorists in the aftermath of the October 7 Terrorist Attacks.

226.    Plaintiff Meital Gabriela Gitler, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which her husband was killed.

### N.    *Bernstein Plaintiff: Killed in Action—October 7, 2023*

227.    Decedent, Yehonatan Tzor, was a Lieutenant Colonel in the Nahal Reconnaissance Battalion. The weekend of October 7, 2023, he was off duty, home with his wife and three children, and celebrating the Jewish holiday of Simhat Torah.

228.    In the early morning hours of October 7, he received a phone call from one of his officers informing him of major terrorist attacks in southern Israel.

229.    Yehonatan quickly got in his car to drive south and join his battalion. As he drove further south, he encountered a squad of infiltrating terrorists. He attempted to fend the terrorists off, hitting some with his car. They, however, overwhelmed him, and the decedent was shot.

230.    Realizing that he was surrounded, outnumbered, and gravely wounded, Yehonatan forcefully crashed his car into a terrorist vehicle that was equipped with a mounted heavy machine gun and was killed in an extrajudicial killing by Hamas terrorists.

231.    Plaintiff Haim Bernstein was devastated to learn that his son had been killed. He suffered severe economic, psychological, and emotional injuries as a result of the October 7 Terrorist Attacks.

### O.    *Halley Plaintiff: Nova Music Festival Massacre—October 7, 2023*

232.    Plaintiff Ethan Halley a/k/a Eitan Halley was attending the Nova Music Festival on the morning of October 7, 2023.

233.    At 6:30 AM on the morning of October 7, 2023, Ethan Halley and other festival goers observed rockets overhead and went to a nearby bomb shelter.

234.    As Hamas terrorists began infiltrating the festival grounds, the shelter the Plaintiff was in was bombarded by terrorist grenades, guns, and RPG rockets.

235.    Ethan Halley watched as his friends were killed around him or taken hostage. When Hamas terrorists came in to inspect the bodies left in the shelter, Ethan Halley pretended to be dead for hours under and near the bodies of his friends.

236.    Ethan Halley suffered severe physical injuries, with shrapnel lodged in various parts of his body, including his lungs.

237.    Ethan Halley was eventually rescued by the IDF and taken to Soroka Medical Center to receive treatment.

238.    Plaintiff Ethan Halley suffered severe physical, psychological, and emotional injuries as a result of the October 7 Terrorist Attacks.

### P.    *Saadon Plaintiff: Killed Defending Others—October 7, 2023*

239.    On the morning of October 7, 2023, decedent Hallel Shmuel Saadon, a staff sergeant in the IDF, was stationed in southern Israel, near Kibbutz Safa.

240.    In the early morning, Hamas terrorists began invading near where he was stationed and Hallel Shmuel Saadon, along with the other soldiers, attempted to defend against the onslaught of attacks from the Hamas terrorists.

241.    Decedent Hallel Shmuel Saadon was killed in an extrajudicial killing during the October 7 Terrorist Attacks while attempting to protect other civilians and soldiers.

242.    The heirs and beneficiaries of the Estate of Hallel Shmuel Saadon suffered severe economic, psychological and emotional injuries as a result of the October 7 Terrorist Attacks in which Hallel Shmuel Saadon was killed. Plaintiff Dvora Batya Saadon, a United States citizen,

suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which her son was killed.

Q. **_Margulies Plaintiff: Injured in Action—November 8, 2023_**

243.    Plaintiff Isaac Margulies was serving in the IDF when he was severely injured in an extrajudicial attack carried out by Hamas terrorists in Gaza in the aftermath of the October 7 Terrorist Attacks.

244.    Isaac Margulies received treatment for his injuries, including burns, broken bones, and shrapnel injuries, at Rabin Medical Center.

245.    Plaintiff Isaac Margulies suffered severe physical, psychological, and emotional injuries as a result of the attack by Hamas terrorists in the aftermath of the October 7 Terrorist Attacks.

R. **_Rom Plaintiffs—Nova Music Festival Massacre—October 7, 2023_**

246.    Decedent Jonathan Rom a/k/a Yonatan Rom was attending the Nova Music Festival on the morning of October 7, 2023.

247.    When Hamas terrorists began infiltrating the festival grounds during their attack, decedent Jonathan Rom broke away from the other festival goers who were attempting to flee in order to assist a friend who was experiencing a panic attack.

248.    While Jonathan attempted to calm his friend down and escape, both he and his friend were shot and killed by Hamas terrorists who opened fire on them.

249.    The heirs and beneficiaries of the Estate of Jonathan Rom suffered severe economic, psychological and emotional injuries as a result of the October 7 Terrorist Attacks in which Jonathan Rom was killed. Plaintiffs Limor Rom and Tomer Rom, United States citizens,

suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which their son was killed.

### S.    *Zenilman Plaintiff: Killed in Action—December 10, 2023*

250.    Decedent Ari Zenilman was called for reserve duty in the IDF on October 7, 2023. He quickly said goodbye to his wife and three young children and headed south to join his unit. Two months later, Ari Zenilman was still serving in reserve duty on December 10, 2023 when he was attacked in Gaza by Hamas terrorists and was killed in an extrajudicial killing.

251.    The heirs and beneficiaries of the Estate of Ari Yehiel Weinsoff Zenilman suffered severe economic, psychological and emotional injuries as a result of the October 7 Terrorist Attacks and their aftermath that claimed Ari Yehiel Weinsoff's life. Plaintiff Yonah Chava Landau Zenilman suffered severe economic, psychological and emotional injuries from the Hamas terrorist attack in which her husband was killed and continues to endure profound emotional, psychological, and economic harm stemming from the October 7 Terrorist Attacks and their aftermath.

### T.    *Tatelbaum Plaintiff: Killed in Action—June 28, 2024*

252.    Decedent Yakir Tatelbaum was serving in the IDF when he was killed in an extrajudicial killing at the hands of a Hamas terrorist sniper in the aftermath of the October 7 Terrorist Attacks.

253.    The heirs and beneficiaries of the Estate of Yakir Tatelbaum suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which Yakir Tatelbaum was killed. Plaintiff Marcy Ann Tatelbaum, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the Hamas terrorist attack in which her son was killed.

### U. _Bausi Plaintiff—Nova Music Festival Massacre—October 7, 2023_

254. Decedent Itai Bausi served as a paramedic in the IDF Duvdevan Unit and had participated in the Nova Music Festival on Friday night, October 6, 2023.

255. At 6:30 am the following morning, rockets were seen flying above the festival and subsequently Hamas and PIJ terrorists began infiltrating and attacking the festival grounds.

256. Decedent Itai Bausi and his friend Ben Mizrachi, who travelled with him to the festival, attempted to flee in their car but were blocked by Hamas and PIJ terrorists.

257. Despite having no weapons or ammunition and instead of seeking shelter, Itai Bausi chose to stay, utilize his medical knowledge, help care for the wounded, and, eventually, assist the police forces in fighting back against the terrorists.

258. By 10:30 AM on October 7, Itai Bausi had been shot by the terrorists in the leg and back. He called friends on his cellphone, hoping someone could help, and left a voicemail for his long-term girlfriend, Carmel Ripstein. He also tried to reach his friend Ben Mizrachi, unaware that Ben had already been fatally shot in the head by the terrorists. After making these calls, Itai Bausi put his phone in his pocket and, tragically, bled to death.

259. Itai's family members, anxiously waited for days, not knowing if Itai was alive or dead or whether he had been taken hostage like other festival goers. Itai was confirmed dead on October 11, 2023. Itai's family members were devastated and traumatized both by the tragic news of his death and by the lengthy waiting period they endured until they received confirmation of his death. The heirs and beneficiaries of the Estate of Itai Bausi suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks. Plaintiff Juliana Farron Bausi, a United States citizen, suffered severe economic, emotional, and psychological injuries as a result of the October 7 Terrorist Attacks in which her son was killed.

**FIRST CAUSE OF ACTION**
**Provision of Material Support to Terrorists**
**in Violation of 18 U.S.C. §§ 2339A and 18 U.S.C. § 2333**

260.    Plaintiffs repeat and reallege each and every allegation of the foregoing paragraphs as if more fully set forth herein.

261.    Title 18 U.S.C. § 2339A prohibits the provision of material support or resources while knowing or intending that the support will be used to commit or prepare a federal crime of terrorism.

262.    Material support or resources is broadly defined to include any property, tangible or intangible, or service, including financial support, training, expert advice or assistance, communications equipment, and personnel. The statute does not require that the provider of material support have the specific intent to aid or encourage the particular attacks that injured plaintiffs; it is sufficient that the defendant provided financial services or resources knowing or intending that such provision would generally facilitate terrorist activities.

263.    AJMN employees, who are or were Hamas and PIJ operatives, shared real-time updates and glorified the October 7 Terrorist Attacks. Their live broadcasts, violent imagery, and praise for the terrorists demonstrate prior knowledge of the attacks, coordination with Hamas and the PIJ, and intent to promote terrorism by inciting further violence.

264.    By providing real-time coverage, violent images, and inciting language of the October 7 Terrorist Attacks, their aftermath, and the coordinated and continuing campaign of terrorism that followed, Defendants materially supported terrorism through expert assistance, communications equipment, and personnel, with knowledge and intent that these resources would facilitate acts of terrorism, in violation of 18 U.S.C. § 2339A.

265.    Defendants made financial payments to leaders of Hamas and the PIJ for interviews and to their own employees who were known Hamas and PIJ operatives. Providing funds with knowledge they would be used to support terrorist acts constitutes material support under 18 U.S.C. § 2339A.

266.    AJMN correspondents, acting as Hamas and PIJ operatives, trained members of these terrorist organizations in the use of weapons and drones. Such training, provided with knowledge of its use in terrorist activity, constitutes material support under 18 U.S.C. § 2339A.

267.    Defendants knowingly employed individuals who were active operatives of Hamas and the PIJ. Supplying personnel to a terrorist organization with knowledge that they are engaged in terrorism establishes liability under 18 U.S.C. § 2339A.

268.    At all times relevant to this action, Defendants knew that Hamas and PIJ were Foreign Terrorist Organizations.

269.    Providing material support to Hamas and the PIJ in violation of 18 U.S.C. § 2339A constitutes acts of international terrorism pursuant to 18 U.S.C. § 2331(1), and Plaintiffs are entitled to recover economic and non-economic damages, including solatium damages, under 18 U.S.C. § 2333(a).

270.    Defendants' conduct was evil, malicious, outrageous, reckless, deliberate, and willful, thus warranting an award of punitive damages under D.C. Code § 22-1840.

271.    By committing violations of 18 U.S.C. § 2339A that have caused the Plaintiffs to be injured in his or her person, business, or property, Defendants are liable pursuant to 18 U.S.C. § 2333 for threefold any and all damages that Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorneys' fees.

## SECOND CAUSE OF ACTION
**Provision of Material Support to Terrorists
in Violation of 18 U.S.C. §§ 2339B and 18 U.S.C. § 2333**

272.    Plaintiffs repeat and reallege each and every allegation of the foregoing paragraphs as if more fully set forth herein.

273.    Title 18 U.S.C. § 2339B prohibits the knowing provision of material support or resources to a designated Foreign Terrorist Organization.

274.    Hamas and the PIJ have been and continue to be designated Foreign Terrorist Organizations.

275.    Each of the Defendants knowingly provided material support to Hamas, a foreign terrorist organization as defined in 18 U.S.C. § 2339B, and to the PIJ, a foreign terrorist organization as defined in 18 U.S.C. § 2339B.

276.    At all relevant times, Defendants knew of Hamas's and the PIJ's terrorist activities. Defendants also knew that Hamas and the PIJ had each been designated a Foreign Terrorist Organization.

277.    Al Jazeera employees, who were also operatives of Hamas and the PIJ, broadcasted and glorified the October 7 Terrorist Attacks in real-time. These broadcasts, including praise for the attacks and the dissemination of violent imagery, demonstrate prior knowledge of the attacks, coordination with Hamas and the PIJ, and intent to advance terrorist objectives. Defendants' platform amplified and incited further violence during the October 7 Terrorist Attacks, their aftermath, and the coordinated and continuing campaign of terrorism. This conduct fulfills the intent requirement under 18 U.S.C. § 2339B to provide material support—including expert assistance, communications equipment, and personnel—with knowledge that Hamas and the PIJ are designated terrorist organizations.

278.    Defendants also made financial payments to leaders of Hamas and the PIJ for interviews and to employees known to be operatives of these terrorist organizations. Providing such funds, with knowledge of the recipients' terrorist affiliations, constitutes material support under 18 U.S.C. § 2339B.

279.    AJMN correspondents, acting as Hamas and PIJ operatives, trained members in the use of weapons and drones and participated in other training activities. Providing such instruction, with knowledge of the recipients' ties to terrorist organizations, satisfies liability under 18 U.S.C. § 2339B.

280.    Defendants knowingly employed individuals who served concurrently as operatives of Hamas and the PIJ. Supplying such personnel to terrorist organizations with actual knowledge of their affiliations constitutes material support under 18 U.S.C. § 2339B.

281.    Defendants purposefully, knowingly, or with willful blindness, provided services and support to Hamas and PIJ that materially aided in the planning and execution of acts of international terrorism, including the attacks that caused Plaintiffs' injuries.

282.    Providing material support to Hamas and the PIJ in violation of 18 U.S.C. § 2339B constitutes acts of international terrorism pursuant to 18 U.S.C. § 2331(1), and Plaintiffs are entitled to recover economic and non-economic damages, including solatium damages, under 18 U.S.C. § 2333(a).

283.    The conduct of the Defendants was evil, malicious, outrageous, reckless, deliberate, and willful, thus warranting an award of punitive damages under D.C. Code § 22-1840.

284.    By committing violations of 18 U.S.C. § 2339B that have caused the Plaintiffs to be injured in his or her person, business or property, Defendants are liable pursuant to 18 U.S.C.

§ 2333 for threefold any and all damages that Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorney's fees.

### THIRD CAUSE OF ACTION
**Liability For Aiding and Abetting Acts of International Terrorism**
**Pursuant to 18 U.S.C. § 2333(a) and (d)**

285.    Plaintiffs repeat and reallege the foregoing allegations with the same force and effect as if more fully set forth herein.

286.    The ATA, as amended by JASTA, imposes secondary civil liability on anyone who "aids and abets, by knowingly providing substantial assistance…[to] the person who committed [] an act of international terrorism." 18 U.S.C. § 2333(d)(2).

287.    Hamas and the PIJ have been and continue to be Foreign Terrorist Organizations.

288.    Hamas, with the assistance of the PIJ and other terrorist organizations, committed, planned, and authorized violent acts—including the October 7 Terrorist Attacks, their aftermath, and the coordinated and continuing campaign of terrorism—that were dangerous to human life and violated the criminal laws of the United States or would have violated those laws had they been committed within the jurisdiction of the United States or of any State.

289.    The acts Hamas and the PIJ committed, planned, and authorized were intended: (a) to intimidate or coerce the civilian populations of Israel and the United States; (b) to influence the policy of Israel and the United States by intimidation and coercion; and (c) to affect the conduct of the Israeli and United States governments by mass destruction, assassination, and kidnapping.

290.    The activities committed, planned, or authorized by Hamas, with the assistance of the PIJ and other terrorist organizations, occurred entirely or primarily outside of the territorial jurisdiction of the United States and constituted acts of international terrorism as defined in 18 U.S.C. § 2331(1).

291.    Plaintiffs have been injured in their person by reason of the acts of international terrorism committed, planned, or authorized by Hamas and the PIJ, including the October 7 Terrorist Attacks, their aftermath, and the coordinated and continuing campaign of terrorism.

292.    At all times relevant to this action, Defendants knew that each of Hamas and the PIJ is a Foreign Terrorist Organization and that Hamas and the PIJ had engaged in and continued to engage in illegal acts of terrorism, including international terrorism.

293.    Defendants aided and abetted Hamas and the PIJ, by knowingly providing substantial assistance, in committing, planning, or authorizing acts of international terrorism, including the acts of international terrorism that injured Plaintiffs.

294.    Defendants knowingly employed and compensated journalists who were operatives of Hamas and the PIJ, compensated terrorist leaders for interviews, and offered a platform used by Hamas and the PIJ to organize, communicate, recruit, and incite violence. Defendants consciously and voluntarily advanced the terrorist organizations' objectives.

295.    By knowingly compensating Hamas and the PIJ leaders for interviews that promoted their violent agendas, and by employing and compensating individuals known to serve with Hamas and the PIJ, Defendants provided financial and material support that furthered these terrorist organizations' operations. Such acts constitute substantial assistance under under 18 U.S.C. § 2333(d)(2).

296.    Al Jazeera employees, identified as Hamas operatives, actively participated in the October 7 Terrorist Attacks, their aftermath, and the continuing campaign of terrorism by glorifying the attacks, inciting additional violence, and promoting Hamas's agenda— demonstrating prior knowledge and intent to further these acts. This conduct establishes aiding and abetting liability under 18 U.S.C. § 2333(d)(2).

297.    Al Jazeera correspondents, who were also Hamas and PIJ operatives, trained terrorist members in the use of weapons and drones and participated in training efforts. Knowingly providing such assistance to facilitate terrorist acts constitutes substantial assistance under 18 U.S.C. § 2333(d)(2).

298.    Defendants knew that several of their employees were active operatives of Hamas and the PIJ and employed them despite their roles in carrying out these organizations' terrorist agenda. Providing such personnel and resources, with knowledge of their roles in furthering terrorism, constitutes substantial assistance and establishes aiding and abetting liability under 18 U.S.C. § 2333(d)(2).

299.    By aiding and abetting Hamas and the PIJ in committing, planning, or authorizing acts of international terrorism, including acts that caused each of the Plaintiffs to be injured in his or her person and property, Defendants are liable pursuant to 18 U.S.C. § 2333(a) and (d) for threefold any and all damages that Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorneys' fees.

300.    The conduct of the Defendants was evil, malicious, outrageous, reckless, deliberate, and willful, thus warranting an award of punitive damages under D.C. Code § 22-1840.

### FOURTH CAUSE OF ACTION
**Liability for Conspiring in Furtherance of Acts of International Terrorism
Pursuant to 18 U.S.C. § 2333(a) and (d)**

301.    Plaintiffs repeat and reallege each and every allegation of the foregoing paragraphs as if more fully set forth herein.

302.    The ATA, as amended by JASTA, imposes secondary civil liability on anyone "who conspires with the person who committed…an act of international terrorism." 18 U.S.C. §

2333(d)(2). Secondary liability "reaches persons who do not engage in the proscribed activities at all, but who give a degree of aid to those who do."[245]

303.    The acts Hamas and the PIJ committed, planned, and authorized were intended: (a) to intimidate or coerce the civilian populations of Israel and the United States; (b) to influence the policy of Israel and the United States by intimidation and coercion; and (c) to affect the conduct of the Israeli and United States governments by mass destruction, assassination, and kidnapping.

304.    At all relevant times to this action, Defendants knew that both Hamas and the PIJ are Foreign Terrorist Organizations engaging in illegal acts of terrorism.

305.    Defendants knowingly conspired, directly and indirectly, with Hamas and the PIJ to facilitate its operations in committing, planning, or authorizing acts of international terrorism, including acts that caused the Plaintiffs to be injured in his or her person and property.

306.    By working as terrorist operatives, Al Jazeera employees conspired with and aided and abetted designated FTOs. Defendants furthered the agendas of Hamas and the PIJ by knowingly having their employees serve within their ranks, thereby materially assisting these organizations in committing acts of terrorism, including the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism.

307.    By broadcasting incitement to violence and terrorism worldwide, compensating terrorist leaders for interviews, paying employees known to be operatives of Hamas and the PIJ, providing training to Hamas and the PIJ, and permitting employees to actively serve in Hamas and the PIJ, Defendants directly advanced the terrorist objectives of Hamas and the PIJ. Hamas and the PIJ undertook overt acts in furtherance of this conspiracy, including the October 7 Terrorist

---

[245] *Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.,* 511 U.S. 164, 176 (1994).

Attacks, their aftermath, and the continuing coordinated campaign of terrorism. Defendants' conduct demonstrates an intent to further the terrorist goals of Hamas and the PIJ, including the continued violence following the October 7 Terrorist Attacks.

308. At all relevant times, Defendants were engaged in a common pursuit with Hamas and the PIJ and shared their objectives. Through their knowing direct and indirect participation in the coordinated global campaign to destroy the State of Israel through terrorism and violence—including the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign—each Defendant furthered the conspiracy and aligned themselves with the goals of Hamas and the PIJ.

309. Each Defendant knew that the objective of the conspiracy was to facilitate terrorist attacks against Israelis and Israeli Americans, including the October 7 Terrorist Attacks and subsequent acts of violence.

310. The October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism were foreseeable acts in furtherance of the conspiracy and directly caused Plaintiffs' injuries.

311. By conspiring with Hamas and the PIJ in committing, planning, or authorizing acts of international terrorism, including acts that caused each of the Plaintiffs to be injured in his or her person and property, Defendants are liable pursuant to 18 U.S.C. § 2333(a) and (d) for threefold any and all damages that Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorneys' fees.

312. The conduct of the Defendants was evil, malicious, outrageous, reckless, deliberate, and willful, thus warranting an award of punitive damages under D.C. Code § 22-1840.

## DAMAGES

313.    The decedents suffered pain and suffering as a result of the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism. Their estates suffered severe injury, including conscious pain and suffering; pecuniary loss; loss of income; loss of guidance, companionship, and society; loss of consortium, severe emotional distress and mental anguish; and loss of solatium.

314.    The injured Plaintiffs suffered severe physical, psychological, emotional, and other injuries as a result of the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism, including disfigurement; loss of physical and mental functions; extreme pain and suffering; loss of guidance, companionship, and society; loss of consortium; severe emotional distress and mental anguish; loss of solatium; and loss of future income.

315.    The remaining Plaintiffs—family members of the decedents and the injured— suffered severe psychological, emotional, and other personal injuries as a result of the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism in which their loved ones were killed or severely injured. These injuries include extreme pain and suffering; loss of guidance, companionship, and society; loss of consortium; severe emotional distress and mental anguish; and loss of solatium.

316.    Plaintiffs' harms, as described above, include imminent fear of injury or death, extreme emotional distress, property damage, loss of consortium, and enduring pain and suffering, all of which resulted from the October 7 Terrorist Attacks, their aftermath, and the continuing coordinated campaign of terrorism carried out by Hamas and the PIJ with substantial assistance and material support from Defendants.

## JURY DEMAND

317.    Plaintiffs demand trial by jury of all issues legally triable to a jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment as follows:

a)    Judgment against all Defendants, jointly and severally, for compensatory damages in an amount to be shown, over one billion dollars;

b)    Judgment against all Defendants, jointly and severally, for punitive damages in an amount to be determined at trial;

c)    An award of pre-judgment interest and post-judgment interest;

d)    Plaintiffs' costs and expenses;

e)    Plaintiffs' attorneys' fees; and

f)    Such other and further relief as is just and proper under the circumstances.

Dated: July 22, 2025
      Brooklyn, New York

            Respectfully submitted,

            THE BERKMAN LAW OFFICE, LLC
            *Attorneys for Plaintiff*

            by:    _____
                  Robert J. Tolchin

            829 East 15th Street, Box 7
            Brooklyn, New York 11230
            (718) 855-3627

NITSANA DARSHAN-LEITNER & CO.
Nitsana Darshan-Leitner
*Israeli counsel for the plaintiffs*
10 Hata'as Street
Ramat Gan, 52512 Israel
Israeli #: 011-972-3-7514175
U.S. #: 212-591-0073