IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

MAURICE SHNAIDER, *et al.*,

                Plaintiffs,

    -against-

AL JAZEERA MEDIA NETWORK., *et al*,

               Defendants.

------------------------------------------------------------------ X

Docket No:
25-CV-538 (ABJ)

## PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT AL-JAZEERA MEDIA NETWORK

Plaintiffs respectfully move pursuant to Fed. R. Civ. P. 4(f)(3) to permit alternative service of process on Defendant Al Jazeera Media Network ("AJMN"), a foreign corporation headquartered in Doha, Qatar.

Plaintiffs filed this action under the Anti-Terrorism Act, 18 U.S.C. § 2333, et seq., against Defendants Al Jazeera International (USA) LLC ("AJI") and Al Jazeera Media Network ("AJMN") on February 23, 2025.

Plaintiffs successfully served AJI through its registered agent for service of process, Corporation Service Company in Florida on March 26, 2025. A Verified Return of Service was filed on April 3, 2025 (Dkt. 3).

Plaintiffs attempted to serve AJMN through AJI's registered agent for service of process, Corporation Service Company in Florida on March 10, 2025. A Verified Return of Service was filed on April 24, 2025 (Dkt. 7).

AJMN, however, is a foreign corporation located in Doha, Qatar. It does not maintain an agent for service of process in the United States.

Attorneys Laura G. Ferguson and Andrew T. Wise of Miller & Chevalier Chartered have entered appearances on behalf of AJMN (Dkt. 8, 9) but have declined to accept service and have raised objections based on insufficient service of process.

Qatar is not a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, nor to the Inter-American Convention on Letters Rogatory. The only formal means of service under Qatari law is via letters rogatory through diplomatic channels—a process that is both expensive and subject to lengthy delays, often lasting many months and yielding uncertain outcome.

Fed. R. Civ. P. 4(f)(3) allows service of process on a foreign defendant "by other means not prohibited by international agreement, as the court orders." Courts have recognized that alternative service under Rule 4(f)(3) is appropriate where service by traditional means is impractical and where the proposed method is reasonably calculated to provide actual notice. *See Freedom Watch, Inc. v Org. of the Petroleum Exporting Countries OPEC*, 412 US App DC 359, 766 F3d 74 (2014). Courts have authorized service on foreign defendants through their U.S. counsel, affiliated entities, email, FedEx, registered mail, and similar means. *See Bazarian Intl. Fin. Assoc., LLC v Desarrollos Aerohotelco, C.A.*, 168 F. Supp. 3d 1 (DDC 2016).

In *Yousef v. Al Jazeera Media Network et al*, Case No. 1:16-cv-06416 (S.D.N.Y), the U.S. District Court for the Southern District of New York authorized alternative service by mailing the documents for service on Al Jazeera Media Network in Qatar by the United States International Mail and filing its proofs of service together with a confirmation of delivery to AJMN through an authorized person. (Ex. 1).

Simultaneously with the filing of this Motion for Alternative Service, Plaintiffs are filing an Amended Complaint.

Plaintiffs respectfully request that this Court enter an Order:

Authorizing service of process of the Amended Complaint on Defendant Al Jazeera Media Network ("AJMN") through the following alternative methods:

1. By email and U.S. mail to counsel of record for AJMN in this case:

   Laura G. Ferguson, Esq.
   Andrew T. Wise, Esq.
   MILLER & CHEVALIER CHARTERED
   900 16th Street NW
   Washington, DC 20006
   Emails: lferguson@milchev.com, awise@milchev.com

2. By personal delivery to Al Jazeera International (USA) LLC, the U.S. affiliate of AJMN, at:

   Al Jazeera International (USA) LLC
   1200 New Hampshire Avenue NW, 2nd Floor
   Washington, DC 20036

3. By international courier (including DHL, FedEx, United States International Mail, or equivalent), directed to AJMN's headquarters in Doha, Qatar:

   Al Jazeera Media Network
   Qatar Television Building
   Khalifa Street, Wadi al Sail
   Doha, Qatar 23127

These methods are reasonably calculated to provide actual notice, are not prohibited by international agreement, and comport with due process.

-4-

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and enter an Order authorizing alternative service of process of the Amended Complaint on Defendant Al Jazeera Media Network by the means outlined above.

Dated:   Brooklyn, New York
         July 22, 2025

                                                    Respectfully submitted,

                                                    THE BERKMAN LAW OFFICE, LLC
                                                    *Attorneys for Plaintiffs*


                                                    by:  /S/ Robert J. Tolchin
                                                         Robert J. Tolchin

                                                    829 East 15th Street, Box 7
                                                    Brooklyn, New York 11230
                                                    718-855-3627
                                                    rtolchin@berkmanlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
            July 22, 2025

                                                                              Robert J. Tolchin