IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

MAURICE SHNAIDER, *et al.*,

                Plaintiffs,

      -against-

AL JAZEERA MEDIA NETWORK., *et al*,

                Defendants.

------------------------------------------------------------------ X

Docket No:
25-CV-538 (ABJ)

## ORDER

For the reasons stated in Plaintiff's Motion for Alternative Service on Defendant Al-Jazeera Media Network, the motion is granted, and Plaintiffs are permitted to serve the Summons and Amended Complaint on Defendant Al Jazeera Media Network ("AJMN") through the following methods:

1. By email and U.S. mail to counsel of record for AJMN in this case:

    Laura G. Ferguson, Esq.
    Andrew T. Wise, Esq.
    MILLER & CHEVALIER CHARTERED
    900 16th Street NW
    Washington, DC 20006
    Emails: lferguson@milchev.com, awise@milchev.com

2. By personal delivery to Al Jazeera International (USA) LLC, the U.S. affiliate of AJMN, at:

    Al Jazeera International (USA) LLC
    1200 New Hampshire Avenue NW, 2nd Floor
    Washington, DC 20036

      3.      By international courier (including DHL, FedEx, United States International Mail, or equivalent), directed to AJMN's headquarters in Doha, Qatar:

> Al Jazeera Media Network
> Qatar Television Building
> Khalifa Street, Wadi al Sail
> Doha, Qatar 23127

So ordered:

_____  _____
U.S.D.J.                                                                                       date