UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case#: 1:25-cv-00538-ABJ

*Maurice Shnaider, et al.*

vs

*Al Jazeera Media Network, et al.*

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

Scott Schuster, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On **7/31/2025** I sent on behalf of the Plaintiff herein a copy of the

Order, Summons, and Amended Complaint

to Al Jazeera Media Network, the Defendant herein, by **Certified** mail **#9589071052702558775727** in a securely sealed envelope with sufficient postage addressed to:

Miller & Chevalier Chartered
ATTN: Andrew T Wise, Esq.
900 16th Street NW, Washington, DC 20006

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☐ RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
☐ UNCLAIMED
☐ RETURNED TO SENDER
☐ UNDELIVERABLE AS ADDRESSED

Sworn to before me on this

1st day of August 2025

NOTARY PUBLIC

MAXWELL SCHUSTER
NOTARY PUBLIC, State of New York
No. 01SC0032394
Qualified in Albany County
Commission Expires December 30, 2028

Attny's File No.
Invoice-Work Order # S1929076

