# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AL JAZEERA MEDIA NETWORK <br><br> and <br><br> AL JAZEERA INTERNATIONAL (USA) LLC, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00538-ABJ |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Al Jazeera Media Network ("AJMN") and Al Jazeera International (USA) LLC ("AJI") hereby move this Court, for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of their Motion to Dismiss the Amended Complaint, for an order dismissing with prejudice all of Plaintiffs' claims against AJMN in this action for lack of personal jurisdiction and failure to state a claim pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, respectively, and dismissing with prejudice all of Plaintiffs' claims against AJI for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: September 2, 2025

Respectfully submitted,

  /s/ Laura G. Ferguson
Laura G. Ferguson (D.C. Bar No. 433648)
Andrew T. Wise (D.C. Bar No. 456865)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW

Washington, D.C. 20006
Tel.: (202) 626-5800
Fax: (202) 626-5801
lferguson@milchev.com
awise@milchev.com

*Counsel for Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC*