**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MAURICE SHNAIDER, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>AL JAZEERA MEDIA NETWORK<br><br>and<br><br>AL JAZEERA INTERNATIONAL<br>(USA) LLC,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-00538-ABJ |

**DECLARATION OF LAURA G. FERGUSON**

I, Laura G. Ferguson, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a member of the Bar of this Court and a member of the law firm of Miller & Chevalier Chartered, counsel for the Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC, in the above-captioned action. I make this Declaration in support of Defendants' motion to dismiss to place before the Court documents and information referenced in Defendants' memorandum of points and authorities in support of that motion.

2. Attached hereto is Exhibit 1 containing the following table:

| Table | Description of Table |
|---|---|
| 1 | Table listing twenty-six (26) Plaintiffs who have filed other ATA or terrorism-related cases against other parties and the information of those cases |

2

      3.       The Exhibit was prepared with the assistance of persons working under my direction by compiling and summarizing in tabular format allegations contained in the complaints filed in the other ATA or terrorism-related cases cited therein.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2025
Washington, D.C.

                          /s/ Laura G. Ferguson
                          Laura G. Ferguson