## Table 1:  Other October 7 Suits by Plaintiffs

| **Plaintiff** | **Other October 7 Actions** |
| --- | --- |
| Maurice Shnaider | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.) |
| Hal David Lubin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Robin Lynn Lubin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Talia Zahava Friedman | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Ayelet Nehama Newman-Kelmanson | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| David Bollag | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Dikla Mizrachi | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.,* No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Orit Nahamias | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| Yinon Sharabi | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.,* No. 1:24-cv-07136-JAV (S.D.N.Y.) |

| Plaintiff | Other October 7 Actions |
|---|---|
| Liat Oren Wachs | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| J.W. (Minor) | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Nicholas Albert Merkin | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| I.T.M. (Minor) | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Joshua Seth Hexter | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Meital Gitler | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN |
| Haim Bernstein | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM |
| Ethan Kessler Halley | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Dvora Batya Saadon | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.) |

| Plaintiff | Other October 7 Actions |
|---|---|
| | *Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Isaac Margulies | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Limor Rom | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Tomer Rom | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Yonah Chava Landau Zenilman | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Shnaider v. American Muslims for Palestine*, No. 8:24-cv-01067-MSS-SPF (M.D. Fla.)<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Marcy Ann Tatelbaum | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Juliana Farron | *Farron v. Islamic Republic of Iran*, DDC No. 1:24-cv-00358-CJN<br>*Halley v. Blinken*, DDC No. 1:24-cv-00571-RDM<br>*Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| Allan Kamer | *Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |
| N.E.K. (Minor) | *Troell v. Binance Holdings Ltd.*, No. 1:24-cv-07136-JAV (S.D.N.Y.) |